# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF VIRGINIA

# HARRISONBURG DIVISION

**CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED**

09/04/2025

**LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
DEPUTY CLERK**

| | |
|---|---|
| THOMAS RICHARDS | Case No.   5:25cv00089 |
| *Plaintiff,* | |
| *v.* | DEMAND FOR JURY TRIAL |
| ROBERT KIRKMAN,<br>SKYBOUND ENTERTAINMENT, INC.,<br>(a Delaware corporation; )<br>IMAGE COMICS, INC.,<br>(a California corporation; );<br>SCOPELY, INC., (a Delaware corporation;<br>TELLTALE GAMES/LCG ENTERTAINMENT | |
| *Defendants* | |

Lisa Weingarten Richards, Esq.
VSB #96671
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
*Tel.:* (202) 981-2059
lwr@lwrlawoffices.com
*Counsel for plaintiff*

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff THOMAS RICHARDS ("Plaintiff" or "Richards"), by and through his undersigned counsel, hereby brings this Complaint against Defendants ROBERT KIRKMAN ("Kirkman"), SKYBOUND ENTERTAINMENT, INC. ("Skybound"), IMAGE COMICS, INC. ("Image"), and SCOPELY, INC. ("Scopely") (collectively, "Defendants"), and alleges as follows:

**NATURE OF THE ACTION**

1. This is an action for defamation, misappropriation of name, and unfair competition, and unauthorized use of name, arising from Defendants' creation, publication, and distribution of fictional content depicting a character named "Thomas Richards" as a violent, murderous psychopath.

2. Defendants have used Plaintiff, Thomas Richards' ("Mr. Richards") exact name for a fictional character in their widely popular media franchise "The Walking Dead," which began with a comic book and expanded to many other adaptations, and derivative works. This character is portrayed as a depraved serial killer who falsely claims to be in prison for tax fraud to hide his true violent crimes - a deliberate connection to Mr. Richards' former association with convicted felon Tony Alamo, who was imprisoned for tax fraud.

3. Upon information and belief, Defendant Kirkman intentionally named this fictional villain after Mr. Richards to damage his reputation, based on an extremely detailed analysis of Kirkman's stated established pattern of naming villainous characters after real people he dislikes and his apparent disagreement with Mr. Richards' religious beliefs and content, followed by an array of telling details explained below which make it highly likely that defendant was naming his character after Mr. Richards and hoping others would recognize this intent.

4.  "The Walking Dead" franchise is notable for its extreme graphic violence, disturbing
    imagery, and morally depraved storylines, while simultaneously achieving massive
    commercial success. The franchise, which began as a comic book in 2003, has generated
    over $10 billion in revenue and market cap gains across comics, television, video games,
    and merchandise.[1] The television adaptation alone averaged up to 17 million viewers per
    episode during its peak seasons.[2] The extreme popularity of the franchise, combined with
    its graphic depiction of dismemberment, torture, cannibalism, and sexual violence, has
    exponentially amplified the harm to Mr. Richards' reputation by associating his exact
    name with a psychopathic character in one of the most widely consumed media
    franchises of the 21st century.

5.  Defendants have thereby profited enormously from the use of Mr. Richards' name while
    causing substantial harm to his reputation, business interests, and inflicting mental
    anguish.

**JURISDICTION AND VENUE**

6.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332
    because the parties are citizens of different states and the amount in controversy exceeds
    $75,000, exclusive of interest and costs.

7.  This Court has diversity jurisdiction under 28 U.S.C. § 1332(a) as Plaintiff is a citizen of
    Virginia, Defendants Skybound Entertainment, Inc., Scopely, Inc., and LCG
    Entertainment, Inc. are citizens of California and Delaware, and Defendant Robert

---

[1] Rich Johnston, Skybound Sold 4.5 Million Comics In 2024… Would You Invest?, BLEEDING COOL (Mar. 28, 2025, 12:27 PM), https://bleedingcool.com/comics/skybound-sold-4-5-million-comics-in-2024-would-you-invest/.
[2] Bill Carter, 'Walking Dead' Season 5 Draws 17 Million Viewers in Premiere, a Record for a Cable TV Drama, N.Y. TIMES (Oct. 13, 2014), https://www.nytimes.com/2014/10/14/business/media/walking-dead-premiere-draws-17-million-viewers-a-record-for-a-cable-tv-drama.html.

Kirkman is a natural person who, upon information and belief, is a citizen of the State of Kentucky. The amount in controversy exceeds $75,000, exclusive of interest and costs.

8. Personal jurisdiction over Defendants is proper because they have purposefully directed their activities at the forum state and have established minimum contacts such that the exercise of jurisdiction would not offend traditional notions of fair play and substantial justice. Defendants' products, including comic books, video games, and other media containing the defamatory content, are distributed and sold throughout Virginia.

9. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this district, where Mr. Richards resides and where the harm to Plaintiff's reputation has been suffered.

10. Virginia law provides specific statutory protection against unauthorized use of a person's name or likeness under Va. Code § 8.01-40, which states that "Any person whose name, portrait, or picture is used without having first obtained the written consent of such person... for advertising purposes or for the purposes of trade" shall have a right of action. This statute further reinforces this Court's jurisdiction over the subject matter of this action, as Mr. Richards' name has been used without consent for commercial purposes in products distributed within Virginia.

**PARTIES**

11. Plaintiff Thomas Richards is a natural person who is a citizen of the State of Virginia. Plaintiff is a well-known religious commentator and Bible scholar who operates the website spirituallysmart.com, overtpsyops.ai, and the X account @tlthe5th, YouTube channel @tlthe5th.

12. Defendant Robert Kirkman is a natural person who, upon information and belief, is a citizen of the State of Kentucky. Kirkman is the creator of "The Walking Dead" comic book series and co-founder of Skybound Entertainment.

13. Defendant Skybound Entertainment, Inc. is a Delaware corporation with its principal place of business at 9570 W Pico Blvd, Los Angeles, California. Skybound owns and controls the intellectual property rights to "The Walking Dead" franchise and licenses those rights to various media platforms.

14. Defendant Image Comics, Inc. is a comic book publisher with its principal place of business in Portland, Oregon. Image Comics originally published "The Walking Dead" comic book series from 2003 to 2019, but the series is now published by Skybound Entertainment, Robert Kirkman's imprint that operates under Image Comics.

15. Defendant Scopely, Inc. has its principal place of business at 3505 Hayden Ave, Culver City, California. Scopely developed and published "The Walking Dead: Road to Survival," a mobile game.

16. Defendant Telltale Games, Inc. was a California corporation with its principal place of business in San Rafael, California. Though Telltale Games ceased operations in 2018, its assets were acquired by LCG Entertainment, which continues to do business as Telltale Games with its principal place of business in Malibu, California. Telltale Games developed and published "The Walking Dead" video game series which specifically references the Thomas Richards character. In the opening scene of the first episode, a police officer explicitly describes transporting Thomas Richards to prison after he murdered his wife, further extending the harmful portrayal to a new audience.

17. Defendant LCG Entertainment, Inc., doing business as Telltale Games ("Telltale"), is a Delaware corporation with its principal place of business in Malibu, California. Telltale developed and published "The Walking Dead" video game series which features a reference to the Thomas Richards character. In the opening scene of the first episode, a police officer describes having previously transported Thomas Richards to prison after Thomas was convicted of murdering his wife, with the officer recalling that Thomas was caught "red-handed cutting up his wife's body." The game series has sold millions of copies worldwide, significantly expanding the reach of this character reference beyond the original comic book audience.

## FACTUAL ALLEGATIONS

### Mr. Richards' Background and Brief Tony Alamo Association

18. Mr. Richards has been a religious commentator, Bible scholar, artist, and content creator focused on the Bible and historical research since 1997, when he experienced a powerful, unexpected, spiritual transformation at his home in Long Island, New York.

19. Mr. Richards began with spiritual inquiry as a young child. When he was 3 years old, he had a vision of Jesus and became very interested in learning about God. When he asked his mother, his aunt then suggested he go to the Catholic Church. He went to catechism and was confirmed as a Catholic at age 13. His subsequent critical commentary on Catholic hierarchy stems from direct personal experience and theological study, reflecting a thoughtful evolution of his spiritual perspective.

20. Since 1999/2000, Mr. Richards began his internet bible ministry, in which he has used his real name, Thomas Richards, in all his public content and work.

21. In 2001, Mr. Richards began operating the website SpirituallySmart.com, where he shares Bible studies and historical research with a focus on critiquing the Vatican, particularly its sexual abuse of children, false doctrine, and also its involvement in other atrocities with links to government and other entities.

22. Mr. Richards' substantial early internet presence and influence is documented by multiple sources, including his YouTube video ranking as the #2 search result for "Vatican" content in 2009, as reported in The Independent newspaper article "Vatican launches YouTube channel" (January 23, 2009), which specifically noted that when searching "Vatican" on YouTube, "The second [search hit] argues that "Nazi Germany was a creation of the Vatican and the Jesuits""[3] - referring directly to Mr. Richards' widely-viewed content on his YouTube channel.[4] This demonstrates that Mr. Richards had achieved significant online visibility and audience reach before the systematic censorship campaign that has since suppressed his content across multiple platforms.[5]

23. Decades ago, Mr. Richards was previously a supporter of Tony Alamo, a controversial religious figure who had been convicted for tax fraud. Later, Alamo was convicted for much more serious crimes. Once Mr. Richards learned of Alamo's criminal acts, including the sexual abuse of minors, he immediately and publicly renounced all

---

[3] The Independent, "Vatican launches YouTube channel," available at
https://www.independent.co.uk/news/world/europe/vatican-launches-youtube-channel-1514238.html.
[4] Nazi Germany – A Creation of the Vatican and Jesuits - @tlthe5th – Thomas Richards
https://www.youtube.com/watch?v=e9zBX4gt0eo&rco=1
[5] The Independent, Vatican launches YouTube channel (Jan. 23, 2009),
https://www.independent.co.uk/news/world/europe/vatican-launches-youtube-channel-1514238.html [for the #2
YouTube search result reference]; https://spirituallysmart.com/censorship.html.

support.[6] He has also specifically and openly opposed Alamo's group as being a cult and a horrible place ever since.[7]

24. Plaintiff has built a substantial following and reputation through his religious commentary, research, and Bible ministry content. His calling and public identity are directly tied to his name, which he uses to freely share religious teachings and materials without charge. The defamatory portrayal by Defendants has severely damaged his ability to reach his audience and share his religious message with the public.

25. Under Virginia law, private figure plaintiffs must prove negligence by a preponderance of the evidence in order to recover compensatory damages for defamation, while public figures must prove actual malice by clear and convincing evidence. *Blue Ridge Bank v. Veribanc*, 866 F.2d 681, 686 (4th Cir. 1989). Mr. Richards' religious ministry, while reaching a dedicated audience, lacks the "pervasive fame or notoriety" and "special prominence in the resolution of public questions" required for general public figure status. Moreover, there was no preexisting public controversy regarding Mr. Richards that would create limited-purpose public figure status under the Blue Ridge Bank analysis.

26. Plaintiff has exclusively used his real name, Thomas Richards (and sometimes Tommy Richards), as his professional and ministerial identity since beginning his religious work. In all his YouTube videos, he consistently introduces himself with phrases such as "This is Thomas Richards of spirituallysmart.com" to establish his authentic identity with

---

[6] Thomas Richards, Going on a hiatus, SpirituallySmart.Com's Blog (July 23, 2009), https://spirituallysmart.blogspot.com/2009/07/going-on-hiatus.html; Tony Alamo (1934–2017), Encyclopedia of Arkansas,
https://encyclopediaofarkansas.net/entries/tony-alamo-4224/
[7] Thomas Richards, SpirituallySmart.Com's Blog (Feb. 28, 2013) ("I am praying for all those who are waking up to Tony Alamo and are leaving there. Many are. They have been heavily manipulated and lied to... I just pray that God heals all these souls Alamo has abused and deceived. Alamo was a professional bible twister."), https://www.facebook.com/SpirituallySmart/posts/448636781873894,
https://x.com/tlthe5th/status/307344957843312640.

viewers. This consistent usage has created an inseparable connection between his

personal name and his religious ministry, making any defamatory use of that name

directly harmful to his personal and professional reputation.

**Kirkman's Background and Apparent Bias Against Biblical Truth**

27. Kirkman's first comic book work, "Battle Pope," used Jesus as objects of satire,

presenting Jesus as a naive "sidekick" to a corrupt and lecherous pontiff.[8]

28. In "Battle Pope," Kirkman portrays Jesus as someone who spends his time "playing video

games and eating hot dogs"[9] rather than exhibiting the authority and spiritual wisdom

described in Scripture, directly contradicting the Biblical account and Mr. Richards' own

experience, after experiencing a vision (and a dream) of Jesus when he was young.

29. Kirkman has explicitly rejected the existence of God in his fictional universe, stating

there is "no God" in "The Walking Dead" and describing God as "make-believe"[10] in his

zombie world, demonstrating a dismissive attitude toward the God's account.

30. This pattern shows Kirkman's willingness to use his creative works to distort and even

satirize Jesus and undermine Biblical truth through caricature.

31. Kirkman self-identifies as an atheist and has incorporated this worldview into his creative

works.[11] In a 2022 statement, Kirkman also confirmed there is no God in "The Walking

---

[8] https://www.simonandschuster.com/books/Battle-Pope-Volume-1-Genesis/Robert-Kirkman/9781582405728
[9] Shaun Manning, *Shooting the Papal Bull: Kirkman talks Animated Battle Pope*, CBR (Apr. 24, 2008), https://www.cbr.com/shooting-the-papal-bull-kirkman-talks-animated-battle-pope/.
[10] Liam McGuire, *Walking Dead's Creator Confirms Whether God Exists in Its Universe*, Screen Rant (Dec. 1, 2022), https://screenrant.com/walking-dead-does-god-exist-robert-kirkman-confirms/.
[11] Robert Kirkman, Letter Hacks, THE WALKING DEAD, Issue No. 65, at 2 (Image Comics 2009) ("Despite my stance as an atheist, I tried to be as even-handed as possible here."), https://www.zipcomic.com/the-walking-dead-issue-65.

Dead" universe, describing God as "make-believe" in his zombie world.[12] This categorical rejection of the bible provides important context for understanding Kirkman's likely perspective toward Mr. Richards' Biblical content and religious testimony.

32. Kirkman's persistent targeting of religious figures and concepts, when viewed alongside his documented practice of naming villainous characters after real people he dislikes, creates a compelling inference that he would view Mr. Richards' biblical content and public religious testimony with similar hostility.

33. Upon information and belief, Kirkman likely has antipathy towards Mr. Richards' Biblical content and personal testimony from God including 2 visions/dreams of Jesus – seeing as Kirkman has mocked Jesus in his creative works.

**Kirkman's Early Internet Activity and Likely Awareness of Mr. Richards**

34. Defendant Kirkman was actively engaged with internet culture during the early 2000s when he was creating and promoting Battle Pope, his first comic book work. "Battle Pope is an independent superhero comedy comic book series created by Robert Kirkman and Tony Moore, which was published by their own small press company under the moniker of Funk-O-Tron originally in 2000".[13]

35. Kirkman and his collaborator Tony Moore maintained a website for their publishing company, Funk-O-Tron, which Moore personally created and maintained.[14] Moore stated: "I've been spending so much time on the book that the website's not quite as smooth as I'd

---

[12] Liam McGuire, *Walking Dead's Creator Confirms Whether God Exists in Its Universe*, Screen Rant (Dec. 1, 2022), https://screenrant.com/walking-dead-does-god-exist-robert-kirkman-confirms/.

[13] Battle Pope, WIKIPEDIA, https://en.wikipedia.org/wiki/Battle_Pope (last visited Sept. 3, 2025).
[14] Leighton Connor, DC Interview Vault: Robert Kirkman & Tony Moore, DEATHCOOKIE (2010), https://deathcookie.com/home/dc-interview-vault-robert-kirkman-a-tony-moore/.

like. Generally speaking, it looks about right, but I'd like to iron out some of the kinks,

beef up some of the content and kinda re-tool the sections that are already there."[15]

36. Upon information and belief, Kirkman was familiar with early social media platforms

like MySpace, which launched in August 2003 and became the largest social networking

site from 2005 to 2008, during the exact period when Kirkman was developing and

expanding The Walking Dead franchise.[16]

37. Mr. Richards' online presence during this period was substantial and well-documented.

The website spirituallysmart.com achieved significant visibility among those interested in

religious commentary and information about the Vatican.[17] The website gained particular

traction in religious discussion forums and early social media around 2003-2005,

precisely when Kirkman would have been developing characters for The Walking Dead

series. Around that time Richards was receiving many hundreds (or close to a thousand)

views on his website each day, and more contacts from people who reached out through

his website than he could possibly respond to.

38. Third-party religious bloggers, some of whom were criticizing Mr. Richards website's

being briefly off the internet in 2009 (this break ended up lasting only a few weeks—the

only hiatus he ever took since he started his online ministry) documented that Richards

was considered one of the leading online voices exposing Vatican corruption, with a

---

[15] *Id.*

[16] See Myspace, WIKIPEDIA, https://en.wikipedia.org/wiki/Myspace (last visited Sept. 3, 2025) ("From 2005 to 2009, Myspace was the largest social networking site in the world"); see also Looking Back on a Decade of Social Media, COLL. OF COMMC'N & INFO., U. TENN. (Feb. 24, 2021), https://cci.utk.edu/blog/2021/02/24/looking-back-on-a-decade-of-social-media/ ("Myspace made its first appearance in 2003, followed by Facebook launching in 2004").

[17] See Internet Archive, https://web.archive.org/web/*/spirituallysmart.com (showing the site's historical presence dating back to the early 2000s with numerous archived snapshots).

commenter noting he "did more to advance the jesuit outing movement on the internet than possibly all the Avro Manhattan books ever did."[18]

39. Given Kirkman's active participation in online communities during this period, combined with his stated pattern of deliberately naming characters after real people, it is quite likely that Kirkman encountered Plaintiff's online presence and deliberately chose to use Plaintiff's name for a villainous character.

**Defendant Kirkman's Pattern of Naming Characters After Real People**

40. Defendant Kirkman has publicly stated that he intentionally names villainous characters in his works after real people he dislikes.

41. Specifically, Kirkman has stated that he named the villain "The Governor" in "The Walking Dead" after his elementary school bully named Phillip, explicitly stating, "I will never name a good character Phillip" and "F*** that guy" (using profanity to express his continued animosity).[19] Kirkman also stated "The school bully of Breckenridge Elementary...was a boy named Phillip. So that's usually my shorthand for sh*tty characters. I will never name a good character Phillip. They will always be a villain to some degree."[20] This demonstrates that Kirkman is also unconcerned with causing reputational harm, seeing as he stated enough information about this young man (approximately age, compared to Kirkman, and the school attended and city, Lexington

---

[18] EndrTimes Blog, Thomas Richards, What Happened To "SPIRITUALLYSMART.COM"? (Nov. 2010), https://endrtimes.blogspot.com/2010/11/thomas-richards-what-happened-to.html.

[19] Cameron Bonomolo, Robert Kirkman Named a Walking Dead Villain After His School Bully: "F*** That Guy", COMICBOOK.COM (Nov. 20, 2024, 6:45 PM), https://comicbook.com/the-walking-dead/news/the-walking-dead-governor-name-robert-kirkman-bully/.

[20] *Id.*

Kentucky are all stated by the author at the beginning of the article. This could even be

considered doxxing)[21] and someone could potentially identify the real "Phillip".

42. Kirkman has explained that he used the real name because the person "was just the first

instance of a human being [he] encountered who did mean things for no reason" and it

"made an impression."[22]

43. In an interview about his character-naming practices, Kirkman explicitly stated: "The

honest answer is often times I'm writing a script and I'll go through people I remember...,"

Kirkman started.[23] This documented pattern of intentional naming, particularly of

villains, provides compelling evidence that the choice of "Thomas Richards" was

deliberate rather than coincidental, especially when coupled with the specific tax fraud

connection that directly mirrors Mr. Richards' documented prior association with Tony

Alamo around 2003-2005.

44. Kirkman has also indicated that characters are the most important part of his work,

stating: "I'm definitely a 'character first, plot last' kind of guy. I don't really work on plots

all that much! I think that the actual things that are happening in the story are really just a

way to get the most out of the individual characters."[24] Given this character-centric

approach along with his other comments, it seems highly unlikely he chose the name

---

[21] *Id.* ("If your name is Phillip and you attended Breckenridge Elementary with Robert Kirkman in Lexington, Kentucky, you're a dead man.").
[22] *Id.*
[23] The Walking Dead Writer Reveals How He Named The Governor After A Real A-hole, COMICBOOK.COM (Oct. 5, 2024), https://comicbook.com/the-walking-dead/news/the-walking-dead-governor-named-phillip/.
[24] Hannah Rose, "A Second Draft in Animated Form:" Robert Kirkman on Adapting Invincible to TV, CBR (June 19, 2024), https://www.cbr.com/robert-kirkman-invincible-interview/.

"Thomas Richards" at random, especially when considered alongside the specific tax

fraud connection.

**Kirkman's Stated General Avoidance of using Last Names for Characters**

45. Kirkman has explicitly expressed a distinctive preference against using last names for his

characters, stating: "I just think it's funny to not give characters last names because, I

don't know, it's interesting to me. It really doesn't play well on panels though, I'll tell you

that much. But when I'm at home and I'm writing, I'm like, 'I'm not doing this,' because

you gotta come up with a list of names and then pick one and it's never interesting."[25]

*This documented reluctance to use last names for most characters makes his deliberate*

*choice to use Plaintiff's full name "Thomas Richards" particularly suspicious and non-*

*coincidental.*

46. As a separate and equally significant factor, real-world prison conventions typically refer

to inmates by last names only or nicknames—a practice observed throughout correctional

facilities nationwide. The convention of not using a first and last name is followed

throughout "The Walking Dead" universe for all incarcerated characters and even other

villans. "The Governor," "Negan," and "Simon" are identified by titles or one name in

the comic. In fact, Thomas Richards is the only prisoner in the entire series to

consistently receive both a first and last name—a striking double departure from both

real-world correctional facility norms and from Kirkman's own established creative

preference against using last names.

---

[25] See Why The Walking Dead's Robert Kirkman Never Gave Negan A Last Name, Cinema Blend,
https://www.cinemablend.com/television/2313771/why-the-walking-deads-robert-kirkman-never-gave-negan-a-last-
name.

47. Given Kirkman's stated aversion to inventing last names for characters, combined with his adherence to realistic prison naming conventions for all other incarcerated characters, the logical inference is that "Thomas Richards" was not a name Kirkman individually constructed by selecting a first name and then separately choosing a last name—a process he explicitly finds tedious and avoids. Rather, "Thomas Richards" almost certainly represents a single, complete identifier of a specific real person Kirkman had encountered, consistent with his well-documented pattern of basing villainous characters on real people he dislikes—a practice so obvious that entertainment journalists have directly suggested that his Walking Dead villains are "meant to insult a real-life jerk."[26]

**Established Pattern of Using Real People's Names**

48. Kirkman has also openly admitted to basing the character Earl Sutton, Hilltop Colony's blacksmith in "The Walking Dead," on a real person. In The Walking Dead Deluxe #110 (2025), Kirkman revealed he created Earl Sutton based on "a close friend of mine whose father is a blacksmith."[27] Unlike the villainous characters Kirkman named after people he disliked, Earl Sutton is portrayed positively as "one of the series' most reliable characters" who becomes "a final survivor of the entire ordeal."[28] This continues the clear pattern of Kirkman using real people's names and characteristics in his creative works, with the nature of the character (heroic or villainous) reflecting Kirkman's personal feelings toward the real individual.

---

[26] Is This Walking Dead Villain Meant to Insult a Real-Life Jerk?: "S*****y People Are Fun to Write", SCREENRANT (Apr. 27, 2025), https://screenrant.com/walking-dead-gregory-villain-real-person-factoid/.
[27] Yes, This Walking Dead Hero Really is Based on a Real Person, SCREENRANT (Apr. 19, 2025), https://screenrant.com/walking-dead-real-person-earl-sutton-factoid/.
[28] Id.

49. Kirkman's pattern of deliberate naming extends to his personal life as well, as evidenced by his decision to name his son "Peter Parker Kirkman" after the Marvel Comics character Spider-Man, which he confirmed in an interview with Comics Journal #289.[29] This demonstrates how seriously Kirkman takes naming and how he consistently draws from existing sources rather than creating names arbitrarily.

50. Kirkman has openly acknowledged that he enjoys creating and writing "terrible" characters. When discussing Gregory, another villainous character in The Walking Dead, Kirkman stated that "sh*tty people always are [fun to write]."[30] Most tellingly, when asked if Gregory was based on a real person, Kirkman responded with the provocative statement: "Was Gregory based on someone real? The world will never know."[31] This coy response further confirms Kirkman's pattern of basing characters on real individuals while trying to maintain plausible deniability.

51. Taken together, by publicly and repeatedly discussing his practice of naming villainous characters after real people, Kirkman has effectively invited readers to make these connections. When Kirkman names a villainous character "Thomas Richards," he is not merely creating fiction but, consistent with his established pattern, is deliberately signaling to his audience that there exists a real "Thomas Richards" toward whom he harbors animosity.[32] This intentional pattern becomes a deliberate act of communication

---

[29] Robert Kirkman, WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Robert_Kirkman (last visited Sept. 4, 2025).
[30] Is This Walking Dead Villain Meant to Insult a Real-Life Jerk?: "S*****y People Are Fun to Write", SCREENRANT (Apr. 27, 2025), https://screenrant.com/walking-dead-gregory-villain-real-person-factoid/.
[31] See The Walking Dead: Why Gregory Is So Fun To Write, According to Robert Kirkman, ScreenRant, https://screenrant.com/walking-dead-gregory-character-fun-robert-kirkman-comments/.
[32] Cameron Bonomolo, Robert Kirkman Named a Walking Dead Villain After His School Bully: "F*** That Guy", COMICBOOK.COM (Nov. 20, 2024, 6:45 PM), https://comicbook.com/the-walking-dead/news/the-walking-dead-the-governor-name-robert-kirkman-bully/.

with his audience, using his creative platform to target real individuals through the transparent veneer of fiction. *This pattern of behavior renders standard fictional disclaimers ineffective because Kirkman has himself established that the naming of his characters, particularly villains, is neither random nor coincidental but deliberately referential to real people.*

52. By publicly and repeatedly discussing his practice of naming villains after real people he dislikes, Kirkman has created a deliberate "treasure hunt" for his audience. When he provides specific identifying details like "Philip from Breckinridge Elementary," he indicates that readers can and will successfully identify the real individuals behind his characters. This established pattern transforms each villainous character name into an implicit invitation for readers to search for and potentially target the real person. Kirkman's choice to use Plaintiff's complete name "Thomas Richards" combined with the distinctive tax fraud connection creates a clear roadmap directing readers to Plaintiff specifically. The resulting harm - including ongoing Google Alerts sent to Mr. Richards that repeatedly associate Plaintiff's name with a psychopathic murderer - represents the natural and foreseeable consequence of Kirkman's deliberate naming practices

**The Creation and Publication of the Defamatory Character**

53. In or around 2004, Defendant Kirkman created a character named "Thomas Richards" who appeared in "The Walking Dead" comic book series published by Defendant Image.

54. This fictional Thomas Richards character is portrayed as a psychopathic serial killer who lies about being imprisoned for tax fraud to conceal his true violent nature. The character

brutally murders multiple people, including minors, and exhibits sadistic and depraved
behavior.[33]

55. Upon information and belief, Defendant Kirkman deliberately chose the name "Thomas
Richards" to reference Mr. Richards, motivated by animus toward Mr. Richards' religious
beliefs and content.

**The Tax Fraud Connection**

56. The connection between the fictional character's false claim of imprisonment for tax
fraud and Plaintiff's previous association with Tony Alamo, who was convicted of tax
fraud, creates a specific and identifiable link that goes beyond mere coincidence of
names. The Walking Dead character "claims to be in prison for tax fraud" but is actually
a psychopathic murderer, directly mirroring Plaintiff's former association with Tony
Alamo, who was convicted of tax fraud.[34] The character's tax fraud claim is highlighted
as a deliberate falsehood, with the comic explicitly showing that "when he lied about
being sentenced for tax fraud, he turned his head away from the group,"[35] creating a
visual emphasis on dishonesty around this specific detail that connects the character to
Plaintiff in a defamatory manner. This distinctive combination strongly suggests
intentional targeting rather than random character development.

---

[33] Thomas Richards, VILLAINS WIKI, https://villains.fandom.com/wiki/Thomas_Richards (last visited Sept. 4, 2025).

[34] Tony Alamo (1934–2017), Encyclopedia of Arkansas, https://encyclopediaofarkansas.net/entries/tony-alamo-4224/.; "Alamo being in Federal Prison for Tax Evasion charges also gave him respect as someone fighting against unjust taxes. His case set precedent. It was a very big deal. His story was woven to make him sound very authentic. Extremely real-seeming. Many other things to add to this." - Thomas Richards (@tlthe5th), X (July 1, 2025, 5:49 PM), https://x.com/tlthe5th/status/1940165796786786792.

[35] Thomas Richards (Comic Series), WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Thomas_Richards_(Comic_Series) (last visited Sept. 4, 2025).

**Ongoing Publication and Harm**

57. The character has appeared in numerous issues of "The Walking Dead" comic series and
video games, including "The Walking Dead: Road to Survival," developed by Defendant
Scopely in partnership with Defendant Skybound. The defamatory content continues to
be distributed through reprints, digital editions, and ongoing game operations. The
character appears in extensive online databases across multiple websites, including the
Walking Dead Wiki, Villains Wiki, Comic Vine, and Skybound's character database, as
well as remaining as a playable character in mobile games. The character appears to be
actively maintained across multiple digital platforms through 2025, with detailed
character pages remaining prominently featured on the Walking Dead Wiki, Villains
Wiki, Comic Vine, TV Tropes, and other fan databases, demonstrating ongoing
commercial exploitation and public engagement with Plaintiff's name.

58. This widespread online presence damages Plaintiff's ability to share his religious
message. Search results for "Thomas Richards" now return both Plaintiff's legitimate
religious content (spirituallysmart.com, overtpsyops.ai, facebook spirituallysmart, X
@tlthe5th, YouTube @tlthe5th) and descriptions of the fictional psychopathic killer who
falsely claims imprisonment for tax fraud. This confusion is particularly harmful because
Plaintiff established his name as central to his religious ministry in 1999/2000, years
before Defendants created the villainous character, effectively suppressing his ability to
reach his intended audience.

**Evidence of Intentional Targeting**

59. Upon information and belief, Defendants include standard disclaimers in fine print stating
that characters in their works are fictional and any resemblance to real persons is

coincidental. However, such disclaimers are legally ineffective when, as here, there is

evidence of intent to depict real persons. Kirkman's established pattern which he openly

and prominently discusses in interviews, of using real people's names for his characters

(both the elementary school bully "Phillip" for the Governor, and his friend's blacksmith

father for Earl Sutton) demonstrates that such disclaimers are disingenuous and employed

merely as an attempted shield against liability while Kirkman continues to intentionally

use real persons' names and characteristics in his creative works. This pattern of behavior

renders any "purely coincidental" disclaimer not just ineffective but actively deceptive, as

it misrepresents Kirkman's actual creative process.

60. Michael Cudlitz, the actor who played Abraham Ford on the AMC series, put it more

simply after hearing Kirkman's description of naming characters after people he disliked:

"This character is a jerk!" Cudlitz joked. "That guy in high school was a jerk to me!"[36]

61. In contrast, AMC's deliberate efforts to *avoid* using Mr. Richards' name in adaptations of

"The Walking Dead", while Defendants continue to do so further demonstrate

Defendants' awareness of the problematic nature of using "Thomas Richards" in the

original comic and the other derivative works. First, AMC's television adaptation

specifically changed the character's name from "Thomas Richards" to simply "Tomas"

(pronounced toe-MAHS), while maintaining essentially the same villainous role and

character traits.[37] The prison facility name was also changed from "Meriwether County

Correctional Facility" in the comics to "West Georgia Correctional Facility" in the show,

---

[36] Brandon Davis, The Walking Dead Writer Reveals How He Named The Governor After A Real A–hole,
COMICBOOK.COM (Sept. 5, 2017, 5:03 PM), https://comicbook.com/the-walking-dead/news/the-walking-dead-governor-named-phillip/.
[37] Tomas (TV Series), WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Tomas_(TV_Series) (last visited Sept. 4, 2025).

further distancing that character from the "Thomas Richards" used by Kirkman and the other Defendants.[38]

62. Second, and even more tellingly, the TV show introduced entirely unrelated characters named "Mr. Richards" and "Mrs. Richards" who were former residents of Woodbury with no negative characteristics.[39] Despite dozens of background survivors appearing in Woodbury scenes, only a small handful were given specific names, and "Richards" was deliberately chosen as one of these named characters.[40]

63. These benign "Richards" characters served no significant story purpose and had minimal screen time yet were among the few Woodbury residents specifically identified by name and shown to survive the Governor's massacre. This introduction of innocent "Richards" characters appears designed to deliberately disassociate the name "Richards" from the villainous prison inmate, which appears to be a responsible attempt to thoroughly avoid defaming Plaintiff.

64. Yet, while AMC carefully avoided using the name "Thomas Richards," other Walking Dead properties like Telltale Games and Road to Survival continued to use the full name, indicating the AMC TV adaptation was uniquely concerned about defamation and presenting a negative and unfairly appropriated image of Mr. Richards. These conscious decisions by AMC to both rename the villain and introduce separate, non-objectionable

---

[38] Thomas, WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Thomas (last visited Sept. 4, 2025).
[39] **1. Mrs. Richards (TV Series):** Mrs. Richards (TV Series), WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Mrs._Richards_(TV_Series) (last visited Sept. 4, 2025). **Mr. Richards (TV Series):** Mr. Richards (TV Series), WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Mr._Richards_(TV_Series) (last visited Sept. 4, 2025).

[40]Background Survivors (TV Series)/Woodbury, WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/Background_Survivors_(TV_Series)/Woodbury (last visited Sept. 4, 2025).

"Richards" characters strongly suggest industry recognition that the original character name and depiction were intentionally problematic and targeted, rather than coincidental.

65. Courts apply the "of and concerning" test to determine if fictional characters are defamatory. In *Rush v. Worrell Enterprises*, 21 Va. Cir. 203 (1990), a Virginia court addressed defamation involving shared names, holding that "the test is not whom the story intends to name, but who a part of the audience may reasonably think is named— not who is meant but who is hit." Here, the combination of Plaintiff's exact name with the specific tax fraud connection—mirroring Plaintiff's documented association with Tony Alamo, who was imprisoned for tax fraud—creates the identifying characteristics that allow readers to reasonably connect the fictional character to Plaintiff, satisfying the "of and concerning" requirement under the *Rush* standard.

66. The harmful impact on Plaintiff is undeniable. As Kirkman himself has publicly admitted "The honest answer is often times I'm writing a script and I'll go through people I remember from like second and third grade"[41] and that he will "never name a good character Phillip" because of his dislike for a real person with that name,[42] which means he likely had some real "Thomas Richards" in mind when creating this character.

67. Upon information and belief, Kirkman harbored animus toward Mr. Richards -- due to Mr. Richards' biblical content, strong stance on scriptural truth, and his bible-based

---

[41] Brandon Davis, The Walking Dead Writer Reveals How He Named The Governor After A Real A–hole, COMICBOOK.COM (Sept. 5, 2017, 5:03 PM), https://comicbook.com/the-walking-dead/news/the-walking-dead-governor-named-phillip/.

[42] Cameron Bonomolo, Robert Kirkman Named a Walking Dead Villain After His School Bully: "F*** That Guy", COMICBOOK.COM (Nov. 20, 2024, 6:45 PM), https://comicbook.com/the-walking-dead/news/the-walking-dead-the-governor-name-robert-kirkman-bully/.

testimony including that Mr. Richards states he saw Jesus twice -- which motivated
Kirkman to target Mr. Richards through the Thomas Richards character.

68. This religious animus, while not independently actionable, provides a clear motive for
Kirkman's selection of Mr. Richards' exact name coupled with the specific tax fraud
connection, demonstrating the deliberate and malicious nature of the defamatory
portrayal.

69. The significance of Kirkman's pattern of naming characters, combined with the specific
tax fraud element that creates a unique connection to Mr. Richards, strongly indicates that
Defendants knew they were using Richards' exact name for a psychopathic character and
did so despite the obvious harm it would cause to his reputation and the obvious mental
anguish it would cause any reasonable person, to consistently see these hits with his name
presented to him in Google Alerts.

**Statistical Improbability of Coincidence**

70. The probability that Defendant Kirkman would coincidentally create a character with Mr.
Richards' exact name who also falsely claims imprisonment for tax fraud—the same
crime for which Tony Alamo, with whom Mr. Richards had a documented association,
was convicted—represents a remarkable coincidence that becomes statistically
implausible when considered alongside Kirkman's admitted pattern of naming villainous
characters after real people he dislikes.

71. This improbability is compounded by Kirkman's documented reluctance to use last names
for his characters. As Kirkman has explicitly stated, he finds creating last names tedious
and avoids doing so, explaining: "I just think it's funny to not give characters last names

because, I don't know, it's interesting to me... when I'm at home and I'm writing, I'm like, 'I'm not doing this,' because you gotta come up with a list of names and then pick one and it's never interesting."[43] The fact that Kirkman departed from this established creative preference to use Plaintiff's full name "Thomas Richards" suggests the name was not invented but rather selected as a complete identifier from his knowledge of a real person.

72. Kirkman's few exceptions to his no-last-name rule are telling: he used the full name "Earl Sutton" for a character based on "a close friend of mine whose father is a blacksmith"[44]— a positive character reflecting someone Kirkman personally knows and respects. The use of Plaintiff's complete name "Thomas Richards" for a villainous character follows this same pattern of deliberate, personal referencing rather than random name creation.

73. This statistical improbability, combined with Kirkman's established pattern of intentionally naming characters after real people and his documented aversion to creating last names, provides compelling circumstantial evidence that the selection of Mr. Richards' name was deliberate rather than coincidental, and was done with the intent to harm Mr. Richards' reputation.

**Harm to Plaintiff**

74. The widespread publication and distribution of "The Walking Dead" media featuring the Thomas Richards character has caused significant and ongoing harm to Plaintiff through contamination of search results and forced exposure to disturbing content.

---

[43] See Why The Walking Dead's Robert Kirkman Never Gave Negan A Last Name, Cinema Blend, https://www.cinemablend.com/television/2313771/why-the-walking-deads-robert-kirkman-never-gave-negan-a-last-name.
[44] Yes, This Walking Dead Hero Really is Based on a Real Person, SCREENRANT (Apr. 19, 2025), https://screenrant.com/walking-dead-real-person-earl-sutton-factoid/.

75. When individuals search for "Thomas Richards" - whether seeking Plaintiff's religious content or conducting background research - they are involuntarily exposed to mentions and potentially graphic descriptions of a psychopathic serial killer who brutally murders multiple people -- including minors -- and exhibits sadistic and depraved behavior. This creates an unconscious association between Mr. Richards' name and violent, disturbing imagery through repeated exposure.

76. This contamination operates as a form of psychological conditioning, where Mr. Richards' name becomes unconsciously linked with repulsive content in the minds of those who encounter these search results. Even individuals who rationally understand the fictional nature of the character experience this involuntary association when they see or hear Mr. Richards' name.

77. Empirical evidence demonstrates that this phenomenon is part of society's collective understanding; negative cultural associations cause measurable and lasting declines in name usage, reflecting society's recognition that names carry powerful unconscious associations that significantly impact social perception and life outcomes. When names become connected to controversial figures or tragic events, parents systematically avoid those names, understanding intuitively that negative associations create tangible harm for individuals who share them.[45] This avoidance behavior represents a rational response to documented evidence that names carrying negative cultural baggage disadvantage their bearers.

---

[45] See Hurricane Gave Katrinas Everywhere a Bad Name, NBC NEWS (Aug. 28, 2015), https://www.nbcnews.com/storyline/hurricane-katrina-anniversary/whats-name-social-effect-hurricane-katrina-n407991.

78. Hurricane Katrina provides compelling empirical evidence of this phenomenon: the name
Katrina plummeted from 1,327 babies in 2005 to merely 193 in 2017—an 85% decline—
and completely disappeared from Louisiana birth records after 2006.[46] The name "Isis"
demonstrated similar catastrophic decline, dropping from 561 babies in 2005 to only 51
in 2017 after the terrorist organization's rise to prominence.[47] Technology-related
negative associations produce comparable effects: "Alexa" experienced a 21.3% drop in
2016 followed by a 19.5% decline in 2017 after Amazon's voice assistant launch.[48] Even
political controversies and cultural memes trigger name abandonment: "Hillary" fell off
the top 1,000 entirely after 2008, while "Brandon" (of the phrase "Let's Go Brandon")
and "Karen" saw sharp declines following political phenomena and negative internet
associations respectively.[49] This extensively documented pattern confirms that sustained
association between a name and negative imagery—as Defendants have systematically
created through their malicious "Thomas Richards" character—causes measurable,
quantifiable societal harm to Plaintiff, whose unique circumstances make him the specific
target of Defendants' conduct.

79. The harm is compounded for individuals seeking Mr. Richards' religious guidance and
biblical teachings, who instead encounter graphic descriptions of murder,
dismemberment, and psychological depravity when searching for his ministry content.

---

[46] *Id.*; Caroline Bologna, 15 Girls' Names That Have Plummeted in Popularity, HUFFPOST (Aug. 2, 2018),
https://www.huffpost.com/entry/girls-names-that-plummeted-in-popularity_n_5b5a010be4b0b15aba969773.
[47] Caroline Bologna, 15 Girls' Names That Have Plummeted in Popularity, HUFFPOST (Aug. 2, 2018),
https://www.huffpost.com/entry/girls-names-that-plummeted-in-popularity_n_5b5a010be4b0b15aba969773.
[48] Alexa as a Baby Name Has Dropped in Popularity Since the Launch of Amazon's Alexa, YAHOO NEWS (May
14, 2018), https://www.yahoo.com/news/alexa-baby-name-dropped-popularity-055011566.html.
[49] Bye Karen and Brandon: Unpopular Baby Names for 2022, FAMILYEDUCATION (June 28, 2022),
https://www.familyeducation.com/naming-trends/bye-karen-and-brandon-why-baby-names-declined-in-popularity-
in-2022; Caroline Bologna, 15 Girls' Names That Have Plummeted in Popularity, HUFFPOST (Aug. 2, 2018),
https://www.huffpost.com/entry/girls-names-that-plummeted-in-popularity_n_5b5a010be4b0b15aba969773.

This forces disturbing, unwanted imagery upon people approaching Mr. Richards' work for spiritual purposes.

80. This systematic contamination of Mr. Richards' name is particularly damaging because it directly undermines his biblical ministry and religious testimony. Upon information and belief, Kirkman likely encountered Mr. Richards' work through their shared criticism of the Vatican (Kirkman's *Battle Pope* as an example), but while Kirkman uses such criticism to mock religious faith generally, Plaintiff's criticism stems from his commitment to biblical truth and scriptural authority. Kirkman's pattern of attacking religious figures and biblical content in his other works demonstrates a deliberate hostility toward the type of sincere religious testimony that Mr. Richards provides.

81. Plaintiff has suffered mental anguish from knowing that his name - central to his religious calling and ministry identity - is systematically associated with the most depraved forms of violence and criminality across multiple media platforms, damaging both his personal reputation and his ability to fulfill his religious mission of sharing biblical truth.

**Secondary Defendants' Involvement**

82. Defendant Skybound, as owner and controller of "The Walking Dead" intellectual property, maintains creative oversight of all content bearing this brand. Upon information and belief, Skybound's approval process for character development and naming would have required review and approval of the Thomas Richards character, making them actively complicit in the defamatory portrayal rather than passive licensors. As stated on Skybound's website, Skybound's executive team (particularly Ned Sherman, Chief Business Affairs and Legal Officer) "holds strategic oversight across all legal and

business affairs and works closely with creators and their intellectual properties to extend
creator story IP to platforms including comics, television, film, tabletop and video games,
books, digital content, events, and beyond,"[50] demonstrating that their approval process
for character development would have required legal review of the Thomas Richards
character. This shows Skybound possessed direct involvement in the dissemination of the
defamatory content.

83. According to Image Comics' own submission guidelines, "all submissions are reviewed
by Eric Stephenson, the Publisher at Image Comics, who is the head of the company and
cultivates each year's list selectively based upon a number of factors,"[51] and the company
acknowledges that "there have been cases where we've designed logos, helped redesign
characters, and done cover sketches."[52] This demonstrates Image's active editorial
involvement in character development and content decisions.

84. Defendant Scopely actively adapted and expanded the Thomas Richards character for
their mobile game, extending the harm to new audiences and platforms. According to The
Walking Dead Wiki, "Thomas Richards is a comic-adapted and playable character who
appears in The Walking Dead: Road to Survival,"[53] demonstrating that rather than merely
licensing existing content, Scopely developed additional content featuring the Thomas
Richards character, creating fresh instances of the defamatory portrayal that continued
until November 28, 2024, when the game was shut down.

---

[50] Invest in Skybound: Award-Winning, Creator-Focused Entertainment, SKYBOUND, https://invest.skybound.com/ (last visited Sept. 4, 2025).
[51] Frequently Asked Questions, IMAGE COMICS, https://imagecomics.com/faq (last visited Sept. 4, 2025).
[52] Submissions, IMAGE COMICS, https://imagecomics.com/submissions (last visited Sept. 4, 2025).
[53] Thomas Richards (Road to Survival), WALKING DEAD WIKI,
https://walkingdead.fandom.com/wiki/Thomas_Richards_(Road_to_Survival) (last visited Sept. 4, 2025).

85. Defendant Telltale Games actively expanded the harmful portrayal of the Thomas
Richards character to video games, featuring him prominently in their *Walking Dead*
series. The opening scene of their first game explicitly describes Thomas Richards as
having brutally murdered his wife by stabbing her to death and then cutting her body into
pieces to hide the evidence, with the police officer telling the protagonist that "they
caught the fucker red-handed, stabbing his wife and cutting her upright as the boys came
in the front door."[54]

86. This depiction reached an entirely new audience of millions of video game players
worldwide, significantly expanding the reach of the defamatory content beyond the
original comic book readers. The game series has sold millions of copies across multiple
platforms and continues to be distributed today as part of "The Walking Dead: The
Telltale Definitive Series," ensuring that the defamatory portrayal reaches new audiences
who may never have encountered the original comic books.

87. By emphasizing that Thomas Richards was imprisoned for a violent crime while falsely
claiming to be imprisoned for tax fraud, the game maliciously dredges up Mr. Richards'
prior support and association with Tony Alamo, who was convicted of tax fraud (along
with horrible sex crimes against underaged girls). This connection is particularly harmful
because Mr. Richards only briefly supported Alamo and immediately and publicly
renounced him when Alamo's sex crimes came to light. Unlike most individuals who
struggle to abandon their established beliefs, Mr. Richards demonstrated exceptional

---

[54] A New Day (Telltale), WALKING DEAD WIKI, https://walkingdead.fandom.com/wiki/A_New_Day_(Telltale)
(last visited Sept. 4, 2025); The Prisoners (The Walking Dead), WIKIPEDIA,
https://en.wikipedia.org/wiki/The_Prisoners_(The_Walking_Dead) (last visited Sept. 4, 2025).

integrity by publicly rejecting his former association once he learned the truth about Alamo.

88. Despite having thousands of potential character names to choose from, Telltale specifically retained the "Thomas Richards" name and the tax fraud connection in their adaptation, further cementing this cruel and defamatory association with Plaintiff's name in an entirely new medium with millions of additional consumers.

89. While secondary Defendants may not have shared Kirkman's specific intention to target Mr. Richards, they nonetheless bear legal responsibility for the republication and expansion of the defamatory content across various media and for violations of Va. Code § 8.01-40. Under Virginia law, "the author or originator of a defamation is liable for a republication or repetition thereof by third persons, provided it is the natural and probable consequence of his act, or he has presumptively or actually authorized or directed its republication." *Armstrong v. Bank of Am.*, 61 Va. Cir. 131, 132 (2003) (quoting *Weaver v. Beneficial Finance Co.*, 199 Va. 196, 199 (1957)). Here, Defendants Skybound, Image, Telltale, and Scopely did not merely republish Kirkman's original work - they actively expanded, adapted, and licensed the Thomas Richards character across multiple new media platforms, creating fresh instances of the defamatory content. For Va. Code § 8.01-40 violations, liability is established when any person or corporation uses another's name for advertising or trade purposes without written consent, regardless of the publisher's awareness of the original author's intent. The collective decision by these secondary Defendants to maintain, adapt, and commercially exploit Plaintiff's exact name across comics, video games, and merchandise, coupled with the distinctive tax fraud connection

that creates a clear link to Plaintiff, demonstrates their direct participation in the

unauthorized commercial use of Plaintiff's identity.

## CAUSES OF ACTION

## COUNT I - Defamation Against All Defendants

90. Plaintiff realleges and incorporates by reference paragraphs 1 through 89 as though fully
set forth herein.

91. Defendants published statements that are "of and concerning" Mr. Richards by creating a
fictional character bearing his exact name "Thomas Richards" with identifying
characteristics that connect the character to Plaintiff, specifically the tax fraud association
that directly references Mr. Richards' documented prior connection to Tony Alamo.

92. The published statements falsely portray "Thomas Richards" as a psychopathic serial
killer, sadistic murderer, and depraved criminal who lies about his imprisonment for tax
fraud to conceal violent crimes.

93. Under Virginia's doctrine of defamation by implication, these statements convey
defamatory meaning through inference, implication, and insinuation. When readers
encounter both the fictional "Thomas Richards" character and the real Thomas Richards'
online content, the combination of the identical name and distinctive tax fraud connection
reasonably implies a defamatory association between Plaintiff and the fictional
character's criminal behavior.

94. The statements are defamatory per se as they impute criminal conduct, moral turpitude, and characteristics fundamentally incompatible with Plaintiff's profession as a Bible minister and religious teacher.

95. Under Virginia law, Mr. Richards is a private figure, requiring proof of negligence rather than actual malice. Defendants acted with at least negligence, and likely actual malice, as evidenced by: (a) Kirkman's admitted pattern of naming villainous characters after real people he dislikes; (b) the statistically improbable combination of Plaintiff's exact name with the specific tax fraud connection; and (c) secondary Defendants' continued commercial exploitation despite the obvious identifying connection.

96. As a direct and proximate result of Defendants' defamatory statements, Plaintiff has suffered harm to his reputation, diminished effectiveness of his religious ministry, emotional distress, and interference with his ability to reach his intended audience through search result contamination and unconscious negative associations.

97. Defendants' conduct was willful and malicious, entitling Plaintiff to punitive damages.

## COUNT II - Violation of Va. Code § 8.01-40 Against All Defendants

98. Plaintiff realleges and incorporates by reference paragraphs 1 through 97 as though fully set forth herein.

99. Virginia Code § 8.01-40 provides that "Any person whose name, portrait, or picture is used without having first obtained the written consent of such person... for advertising purposes or for the purposes of trade" shall have a right of action.

100. Defendants have used Plaintiff's name "Thomas Richards" for purposes of trade without
his written consent by incorporating it as a character name in "The Walking Dead" comic
series, video games, merchandise, and related media products that generate substantial
commercial revenue.

101. Defendants' commercial use of Plaintiff's name has continued through the present day
via ongoing digital sales, reprints, video game operations (through November 2024),
streaming platforms, and continued distribution of comic books and related media
featuring the Thomas Richards character, creating separate and continuing violations
within the applicable statute of limitations period. Under Virginia law, each unauthorized
use of a name for commercial purposes constitutes a separate violation of Va. Code §
8.01-40. *See Myska v. RMS Techs.*, 25 Va. Cir. 344 (1991) (holding that "each of several
communications to a third person by the same [publisher] is a separate publication" and
rejecting application of the single publication rule to misappropriation claims where no
mass communication was used). The Thomas Richards character remains actively featured
in "The Walking Dead: The Telltale Definitive Series" released in 2019 and continuously
sold through 2024, "The Walking Dead Compendium" reprints published throughout
2020-2024, and streaming availability on platforms including Netflix, Amazon Prime, and
Paramount+ through the present date.

102. Each adaptation to new media formats and distribution platforms constitutes a separate
communication under Virginia law. The transformation of the Thomas Richards character
from comic books to video games to streaming television represents distinct
communications to different audiences through different channels, not a single mass
publication. Under the *Myska* analysis, these separate communications across multiple

platforms and time periods create individual violations of Va. Code § 8.01-40 rather than

one overarching cause of action, as "the rule is not aimed at the particular tort alleged, but

rather at the manner in which the tort is executed." 25 Va. Cir. at 346.

103. The continuing harm is evidenced by Mr. Richards receiving ongoing Google Alerts

throughout 2024-2025 notifying him of new online content referencing the fictional

Thomas Richards character. Each alert represents a separate instance of Defendants'

continued commercial exploitation of Plaintiff's name across digital platforms,

demonstrating that new violations of Va. Code § 8.01-40 continue to accrue within the

applicable limitations period. Under the *Myska* analysis, these ongoing digital publications

and updates constitute fresh communications to third parties, creating new and separate

causes of action rather than mere extensions of the original 2004 publication.

104. Defendants have derived substantial commercial benefit from products and services that

feature Plaintiff's name, including but not limited to comic book sales, video game

licensing revenue, merchandise sales, and digital distribution agreements.

105. Defendants' unauthorized commercial use of Plaintiff's name has caused injury to his

reputation, business interests, personal ministry, and mental anguish by associating his

identity with violent and criminal fictional content.

106. Plaintiff did not consent to Defendants' use of his name and has never received

compensation for such use.

107. As a direct and proximate result of Defendants' violation of Va. Code § 8.01-40, Plaintiff

has suffered damages in an amount to be proven at trial but exceeding $75,000.

108. Pursuant to Va. Code § 8.01-40, Plaintiff is entitled to prevent and restrain the unauthorized use of his name, to recover damages for injuries sustained, and to recover punitive damages.

109. Defendants' conduct was willful, wanton, and malicious, entitling Plaintiff to punitive damages.

**Count III – Unfair Competition**

110. Plaintiff realleges and incorporates by reference all preceding paragraphs.

111. Through over 25 years of continuous and exclusive use of the name "Thomas Richards" in connection with his religious ministry, biblical commentary, and educational content via SpirituallySmart.com and related platforms, Plaintiff has established secondary meaning and acquired distinctive goodwill in that name within the relevant market of online religious and educational content.

112. Defendants have engaged in unfair competition by "palming off" their commercial entertainment products as associated with or originating from Plaintiff through their unauthorized use of his identical name "Thomas Richards."

113. Defendants have engaged in unfair competition by misappropriating Plaintiff's established identity and creating false commercial association through unauthorized use of his identical name ("palming off").

114. Defendants' conduct creates deception in the marketplace by causing consumers searching for "Thomas Richards" to encounter Defendants' fictional character content,

thereby creating false association and confusion regarding the source, origin, or sponsorship of content bearing that name.

115. This deceptive practice has damaged Plaintiff's established goodwill, diluted the distinctive character of his name, and interfered with his ability to effectively reach his intended audience for his religious and educational mission.

116. Defendants' unfair competition has proximately caused harm to Plaintiff's business reputation, ministry effectiveness, and the commercial value of his established name recognition.

117. As a direct and proximate result of Defendants' unfair competition, Plaintiff has suffered damages in an amount to be proven at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Thomas Richards prays for judgment against Defendants as follows:

**A. MONETARY DAMAGES (JOINT AND SEVERAL LIABILITY):**

1. For compensatory damages according to proof at trial in an amount not less than $25,000,000, including damages reflecting the commercial value of Plaintiff's name misappropriated by Defendants across all media platforms, publications, and adaptations since 2004, and the substantial harm to Plaintiff's religious ministry and online presence caused by over twenty years of association with a psychopathic fictional character;

2. For special damages according to proof at trial, including damages for lost ministry opportunities, diminished online reach, and interference with Plaintiff's religious mission

resulting from search result contamination and negative associations created by
Defendants' unauthorized use of his name;

3. For punitive and exemplary damages in the maximum amount allowed by statute
   (currently $350,000 in accordance with Va. Code § 8.01-38.1) or $10,000,000 whichever
   is higher, sufficient to punish Defendants and deter similar conduct, taking into account
   the multi-billion dollar commercial success of The Walking Dead franchise and
   Defendants' substantial profits derived from content featuring the defamatory "Thomas
   Richards" character;

4. For restitution and disgorgement of all profits earned by Defendants through their
   unauthorized use of Plaintiff's name, including revenues from comic book sales, video
   game licensing, and related commercial exploitation;

## B. INJUNCTIVE RELIEF (DEFENDANTS' CHOICE):

Defendants may choose between the following remedial options:

**OPTION 1 - CHARACTER REDEMPTION:** Defendants shall issue a public apology within
30 days of this Court's order AND publish storylines within three months showing the Thomas
Richards character's complete moral transformation, redemption, and evolution into a heroic
figure who actively works to protect others and demonstrates genuine remorse for past actions,
thereby actively counteracting the negative associations created with Plaintiff's name; OR

**OPTION 2 - CHARACTER RENAMING:** Defendants shall immediately cease using the
name "Thomas Richards" for the villainous character and rename the character in all future
publications, digital editions, reprints, and derivative works, AND issue a public apology within
30 days of this Court's order.

For either option chosen, the public apology shall be with language to be mutually agreed upon by the parties or, absent agreement, approved by the Court. Such apology shall acknowledge the harm caused to Plaintiff's reputation and ministry, express regret for any negative associations created with his name, and be substantially similar to the following example:

"We acknowledge that our use of the name 'Thomas Richards' for a villainous character in The Walking Dead has caused unwarranted harm to the reputation of Thomas Richards of spirituallysmart.com (and similar facebook page), overtpsyops.ai, @tlthe5th on X and YouTube and overtpsyops.ai. We sincerely apologize for any confusion or damage this may have caused to Mr. Richards' ministry and online presence, and we regret any negative association our content may have created with his name and work."

## C. MANDATORY REQUIREMENTS (REGARDLESS OF OPTION CHOSEN):

1. Any apology (if Option 2 chosen) to be published prominently on Defendants' official websites, social media accounts, and in trade publications, and to remain accessible for a minimum period of two years;

2. Implementation of search engine optimization techniques to ensure any apology appears prominently in search results for "Thomas Richards," including proper meta tags, structured data markup, and submission to major search engines;

3. Implementation of technical measures to disassociate the evil fictional character from search engine results for "Thomas Richards," including proper metadata implementation, search engine directives, and creation of specific disclaimer pages designed to rank above character information in search results;

4. Formal notification to all licensees, distributors, and platform partners regarding any name change and requiring their compliance within 60 days;

5. Active cooperation with search engines, including Google, to de-index or properly label pages containing references to the evil fictional Thomas Richards character;

6. Implementation of remedial measures to counteract demonstrable harm to Plaintiff's online presence, including his #OvertPsyops movement (OvertPsyops.ai), YouTube channel @tlthe5th and other social media accounts, where search results for his name now predominantly display information about the fictional murderous character rather than Plaintiff's legitimate religious work;

7. Provision of quarterly reports for two years documenting compliance with these measures;

**D. ADDITIONAL RELIEF:**

1. For costs of suit incurred herein;

2. For reasonable attorneys' fees to the extent permitted by law; and

3. For such other and further relief as the Court deems just and proper.

**IMPORTANT NOTE:**

Defendants shall remain liable for all past damages, profits, and harm caused by their unauthorized use of Plaintiff's name from 2004 through the date of compliance with this Court's order, regardless of which remedial option they choose.

**JURY DEMAND**

Plaintiff hereby demands a trial by jury on all issues so triable.

**DATED:** September 4, 2025

**Respectfully submitted,**

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
*Tel.:* (202) 981-2059
lwr@lwrlawoffices.com
VA BAR # 96671
NY BAR #4932570
*Counsel for Plaintiff*