Civil Action No. 5:25cv00089

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Robert Kirkman
was received by me on *(date)* 09/04/25 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Maureen Oakes , a person of suitable age and discretion who resides there, on *(date)* 09/04/25 , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 145.00 .

I declare under penalty of perjury that this information is true.

Date: September 5, 2025

*Server's signature*

John Abramyan, Process Server (LA #2024153691)
*Printed name and title*

313 East Broadway #10484
Glendale, CA 91209
*Server's address*

Additional information regarding attempted service, etc:
I personally attempted service at 4249 Empress Ave., Encino, CA 91436. A Caucasian female, approximately in her mid-to-late 70s, with blonde hair, blue eyes, wearing glasses, about 5'6" in height and weighing approximately 180 lbs., answered the door. She identified herself as Maureen, Robert Kirkman's mother, and stated that he was not home. I left the Summons and Complaint with her, requesting that she provide them to him. I thereafter mailed a copy of the Summons and Complaint to Robert Kirkman at the aforementioned address.