AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:25cv00089

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Scopely, Inc.
was received by me on *(date)* 09/04/25 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Diana Ruiz (Intake Specialist) , who is designated by law to accept service of process on behalf of *(name of organization)* Scopely, Inc. c/o CT-Corporation (Authorized Agent) on *(date)* 09/05/25 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 95.00 .

I declare under penalty of perjury that this information is true.

Date: September 5, 2025

*Server's signature*

John Abramyan, Process Server (LA #2024153691)
*Printed name and title*

313 East Broadway #10484
Glendale, CA 91209
*Server's address*

Additional information regarding attempted service, etc: