AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **5:25-cv-00089**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Telltale Games/LCG**
was recieved by me on  **9/07/2025:**

- [X] I personally served the summons on the individual at **RA- HARVARD BUSINESS SERVICES, INC. 16192 COASTAL HWY  LEWES, DE 19958** on **09/08/2025 at 12:41 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:  09/11/2025

*Server's signature*

**Marc-Olivier Pashko**
*Printed name and title*

**18766 John J Williams Hwy unit 4
Ste 187
Rehoboth Beach, DE 19971**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Allison Arthmamner who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.**




Tracking #: **0185905238**