

Lisa Richards <lwr@lwrlawoffices.com>

---

## Kirkman adv. Richards
3 messages

---

**Allen B. Grodsky** <agrodsky@leechtishman.com>  Tue, Sep 9, 2025 at 7:02 PM
To: "lwr@lwrlawoffices.com" <lwr@lwrlawoffices.com>

Ms. Richards –

I represent Robert Kirkman.  I understand that you have filed the above captioned complaint in the US District Court for the Western District of Virginia and I have seen on the online docket a proof of service suggesting that the complaint was served at Mr. Kirkman's "residence or usual place of abode."  I am informed that a copy of the complaint was dropped off at Mr. Kirkman's father's house (which is neither Robert Kirkman's residence nor usual place of above).  Accordingly, we do not believe the complaint has been properly served.

Nevertheless, if you send me a waiver of service form,  I will arrange for it to be promptly executed by Mr. Kirkman.

Thank you,

Allen Grodsky

**Allen B. Grodsky**
Partner



**T:** 310.203.2800
**DD:** 310.203.2802
**E:** agrodsky@leechtishman.com

1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**  This e-mail may contain or attach privileged, confidential or otherwise protected information intended only for the use of the intended recipient(s). If you are not an intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

**Lisa Richards** <lwr@lwrlawoffices.com>　　　　　　　　　　　　　　　　　　　　Wed, Sep 10, 2025 at 11:15 AM
To: "Allen B. Grodsky" <agrodsky@leechtishman.com>
Bcc: Lisa Richards <Lwr@lwrlawoffices.com>

Mr. Grodsky,

I must correct your representation that service was made at "Mr. Kirkman's father's house." Service was properly made upon Maureen Kirkman under FRCP 4(e)(2)(B).

Our licensed California process server's sworn affidavit states that when he asked for Robert Kirkman, the woman who answered the door "identified herself as Maureen, Robert Kirkman's mother, and stated that he was not home." Given that Mr. Kirkman's father is Carl Kirkman, there was no possibility of confusion about which "Robert" was being requested. This clearly establishes the address as Mr. Kirkman's usual place of abode.

The process server's account confirms that Maureen identified herself as Robert Kirkman's mother and indicated he was "not home" - language that confirms residence. Had Robert not resided there, the natural response would have been "he doesn't live here."

Following your email challenging the service facts, I conducted additional investigation to verify the accuracy of our service. Our investigation, including professional skip tracing and private investigator services, confirms this as Mr. Kirkman's current residence. The investigation also confirms that his father is Carl Kirkman - information not readily available through public sources and obtained only through professional investigative services necessitated by your challenge to our service. Maureen Kirkman is his stepmother (his biological mother, Marion Deborah Lynn Kirkman, passed away March 1, 2014). This is therefore Robert Kirkman's residence, not merely "his father's house."

Your statement regarding the service facts is incorrect. Service was proper under FRCP 4(e)(2)(B), and Mr. Kirkman's response is due September 25, 2025.

Please let me know if you wish to clarify your position regarding service.

Sincerely,

Mrs. Lisa Weingarten Richards

attachment: sworn proof of service



[Quoted text hidden]

 kirkman proof of service.pdf
292K

Allen B. Grodsky <agrodsky@leechtishman.com>                    Wed, Sep 10, 2025 at 11:41 AM

To: Lisa Richards <lwr@lwrlawoffices.com>

Ms. Richards,

There is nothing to clarify.   Your process server served Mr. Kirkman's stepmother at his father's house.  Mr. Kirkman does not live there.  It is not his residence or place of abode.  Mr. Kirkman was not there when the process server came by because he does not live there and whatever investigation was done came up with inaccurate results.

Service was therefore invalid.  We remain willing to sign a waiver of service.

Allen Grodsky

**Allen B. Grodsky**
Partner

**T:** 310.203.2800
**DD:** 310.203.2802
**E:** agrodsky@leechtishman.com



1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:**  This e-mail may contain or attach privileged, confidential or otherwise protected information intended only for the use of the intended recipient(s). If you are not an intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

[Quoted text hidden]