

## SONIA, OWNER

Sonia is the owner of the property and is the sister to Inn Manager, Annastasia. She keeps her thumb on the pulse of Ashford Acres Inn from Los Angeles, where she lives with her husband and two children. Her favorite memory at Ashford Acres is watching the spectacular fireworks show behind the Event Barn at her sister's wedding.