**ROBERT FRANCIS KIRKMAN , 46 Years Old  (Kentucky, California)**

**ROBERT FRANCIS KIRKMAN (09/02/1997 to 06/02/2025)**
**ROBERT KIRKMAN (09/02/1997 to 06/02/2025)**
**ROBERT F KIRKMAN (09/02/1997 to 06/02/2025)**
**ROBERT TE KIRKMAN (01/08/2018 to 05/27/2025)**

Other Observed Names

SSN:

**Date of Birth**

Gender: **Male**
Dates at Searched Location: **03/2011 to 10/2018**

**Possible Relatives**

Carl N Kirkman **1956** Age: **68**

Sonia R Kirkman **1979** Age: **45**
Maureen E Oakes **1957** Age: **67**

**Indicators**

**Cities**

Encino, CA (03/2011 to 06/02/2025)

Lexington, KY (07/10/1998 to 09/02/2025)

**Possible Phones**

**Counties**

Los Angeles County, CA (09/17/2006 to 06/02/2025)

Fayette County, KY (07/10/1998 to 09/02/2025)




**Possible Email Addresses**

**FOR LICENSED INVESTIGATOR PURPOSES ONLY**  **ROBERT KIRKMAN**



**Address History (18)**
**3224 TUDOR DR, LEXINGTON, KY 40503-3431 (FAYETTE COUNTY)** (11/2006 to 09/02/2025)
 Subdivision Name: **STONEWALL ESTATES**
 Current Other Phones at address
  **MAUREEN OAKES**



**4249 EMPRESS AVE, ENCINO, CA 91436-3504 (LOS ANGELES COUNTY)** (06/21/2023 to 08/16/2023)
 Current Other Phone at address



FOR LICENSED INVESTIGATOR PURPOSES ONLY

ROBERT KIRKMAN 1978





Lisa Richards <lwr@lwrlawoffices.com>

---

## Kirkman

---

**Assignment** <assignment@hudsoninvestigations.com>　　　　　　　　　　Wed, Sep 3, 2025 at 11:30 AM
To: Lisa Richards <lwr@lwrlawoffices.com>

Good morning, Lisa.

Our director confirmed that he believes the subject's current address is the Empress Avenue address in Encino.

[Quoted text hidden]



Lisa Richards <lwr@lwrlawoffices.com>

## Time sensitive Re: Kirkman

**Assignment** <assignment@hudsoninvestigations.com>  
To: Lisa Richards <lwr@lwrlawoffices.com>

Wed, Sep 10, 2025 at 1:52 PM

Good morning, Lisa.

I have spoken with our director. He advised that the Tudor address in Lexington, KY is our next option. He asked that you send us the documents. We have someone in Lexington on standby waiting to make the service.

[Quoted text hidden]



Lisa Richards <lwr@lwrlawoffices.com>

## Time sensitive Re: Kirkman

**Assignment** <assignment@hudsoninvestigations.com>  Thu, Sep 11, 2025 at 6:31 PM
To: Lisa Richards <lwr@lwrlawoffices.com>
Cc: Rick Hudson <rick@hudsoninvestigations.com>

The house in Lexington is indeed owned by Robert Kirkman. The female living there went to school with him and rents it. She told the constable that she believes he has another place somewhere in Lexington but doesn't know where. She said he travels a lot and is currently out-of-town but would not provide any further info. She did say she knows he gets sued a lot. No properties come back owned to either him or his wife. They are all under a trust or LLCs which makes it challenging to locate him, as we do not know which LLC actually belongs to Robert. With his tenant's confirmation of his being "sued a lot," we suspect that he may be hiding his assets under other names.

Sonia does indeed own Ashford Acres Inn. I called the inn, but it goes directly to voicemail. Per the inn's website, Sonia's bio notes that she lives in Los Angeles.

https://www.ashfordacresinn.com/about#Team

[Quoted text hidden]