AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   **5:25-cv-00089**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Image Comics** was recieved by me on **9/11/2025**:

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **Dirk Wood**, who is designated by law to accept service of process on behalf of **Image Comics** at **215 SE 9TH AVE STE 108, Portland, OR 97214** on **09/11/2025 at 3:58 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:  09/11/2025

*Server's signature*

**Edward Curtiss**
*Printed name and title*

**11918 SE Division
#333
Portland, OR 97266**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Dirk Wood who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'10"-6'0" tall and weighing 160-180 lbs.**



Tracking #: **0186015144**

