# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF VIRGINIA

# HARRISONBURG DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT KIRKMAN,<br>SKYBOUND ENTERTAINMENT, INC.,<br>(a Delaware corporation; )<br>IMAGE COMICS, INC.,<br>(a California corporation; );<br>SCOPELY, INC., (a Delaware corporation;<br>TELLTALE GAMES/LCG ENTERTAINMENT<br><br>*Defendants* | Case No. 5:25-cv-00089<br><br><br><br><br><br><br><br><br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>LWR Law Offices<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

## NOTICE REGARDING DEFENDANTS' ANTICIPATED EXTENSION REQUESTS

Plaintiff respectfully provides notice that multiple defendants are expected to seek extensions of their response deadlines. Plaintiff opposes these requests for the following reasons:

## 1. ADEQUATE NOTICE AND TIME

All defendants received proper service with sufficient time to respond under Federal Rule of Civil Procedure 12(a)(1)(A)(i). The standard 21-day deadline provides adequate time for any defendant to file a responsive pleading.

## 2. COORDINATED DELAY TACTICS

Multiple defendants, represented by well-resourced law firms including Davis Wright Tremaine and Baker Hostetler, are simultaneously seeking extensions despite having had from 1-3 weeks to prepare responses. This coordinated approach suggests strategic gamesmanship rather than legitimate necessity.

## 3. SERVICE EVASION FOLLOWED BY EXTENSION REQUESTS

Plaintiff's foresight in hiring a private investigator before filing proved correct when Defendant Kirkman engaged in the very service evasion tactics Plaintiff anticipated. As detailed in Plaintiff's Motion to Declare Service Valid (ECF No. 9), despite Plaintiff's extraordinary efforts and expense to effect proper service, Kirkman's counsel now seeks additional time beyond standard deadlines. Having forced Plaintiff to expend time and resources addressing manufactured service objections, Defendants now seek the additional benefit of extended response deadlines - compounding the delay their evasive conduct was designed to create.

## 4. INCONSISTENT STANDARDS

Major law firms are opposing extension requests from an individual litigant while expecting automatic accommodation of their own requests. Consistent standards should apply regardless of party resources.

### 5. PREJUDICE TO PLAINTIFF

Delays prejudice Plaintiff's ability to obtain timely relief and impose additional costs. Plaintiff has already expended substantial resources overcoming defendants' evasive tactics and should not be further burdened by unnecessary delays.

Plaintiff respectfully opposes any extension requests and urges the Court to hold all defendants to the standard deadlines provided by the Federal Rules of Civil Procedure.

Dated: September 22, 2025

Respectfully submitted,

/s/ Lisa W. Richards

Lisa Weingarten Richards
LWR Law Offices
3060 Williams Dr
Ste 300 #510
Fairfax, VA 22031
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
VSB #96671
*Counsel for Plaintiff*