Lisa Richards <lwr@lwrlawoffices.com>

---

## Richards v. Kirkman et al, Case No. 5:25-cv-00089

**Curran, Pat** <PatCurran@dwt.com>                                                                       Mon,
To: Lisa Richards <lwr@lwrlawoffices.com>
Cc: "Schary, Alison" <AlisonSchary@dwt.com>

Hi Lisa,

I understand how the federal rules work. I'm asking for your consent to extend the time for
clients to respond to the Complaint to October 31. Please let me know if that is acceptable
declining to consent. If it is the latter, we will file a motion. Thanks in advance for your qui

Best,

Pat


**Pat Curran**
**Counsel,** Davis Wright Tremaine LLP

---

**P** 202.973.4277   **C** 202.480.1587   **E** patcurran@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

---

**From:** Lisa Richards <lwr@lwrlawoffices.com>
**Sent:** Monday, September 22, 2025 1:43 PM
**To:** Curran, Pat <PatCurran@dwt.com>
**Cc:** Schary, Alison <AlisonSchary@dwt.com>
**Subject:** Re: Richards v. Kirkman et al, Case No. 5:25-cv-00089

**[EXTERNAL]**

---

Pat,

Scopely's response deadline remains unchanged per FRCP 12(a)(1)(A)(i).

Best regards,

Lisa



# LWR LAW OFFICES

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

3060 Williams Dr. Ste 300 #510    Tel: (202) 981-2059              LWRLawOff
Fairfax, VA 22031                 Email: LWR@lwrlawoffices.com

On Mon, Sep 22, 2025 at 11:46 AM Curran, Pat <PatCurran@dwt.com> wrote:

> Good morning Lisa,
>
> I wanted to let you know that we are also representing Scopely. We would like to set the
> to Friday, October 31 as well. Please let me know your position as soon as possible. W
> prefer to file a consent motion, but we will move without your consent if necessary.
>
> Thanks,
>
> Pat
>
> **Pat Curran**
> **Counsel,** Davis Wright Tremaine LLP
>
> ---
>
> **P** 202.973.4277  **C** 202.480.1587  **E** patcurran@dwt.com
> **A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005
>
> **DWT.COM**
>
> ---
>
> **From:** Curran, Pat
> **Sent:** Thursday, September 18, 2025 3:53 PM
> **To:** 'Lisa Richards' <lwr@lwrlawoffices.com>
> **Cc:** Schary, Alison <AlisonSchary@dwt.com>
> **Subject:** RE: Richards v. Kirkman et al, Case No. 5:25-cv-00089
>
> Hi Lisa,
>
> Thanks for the quick response. We understand that there's a dispute over service on Mr
> you've filed a motion on the issue. In the interest of avoiding motions practice, we're will
> accept service for Mr. Kirkman in exchange for setting a joint deadline of Friday, October

Skybound and Mr. Kirkman to respond to the Complaint. If that's agreeable to you, we're to prepare a consent motion and order.

Best,

Pat

**Pat Curran**
**Counsel,** Davis Wright Tremaine LLP

P 202.973.4277  C 202.480.1587  E patcurran@dwt.com
A 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

---

**From:** Lisa Richards <lwr@lwrlawoffices.com>
**Sent:** Thursday, September 18, 2025 2:37 PM
**To:** Curran, Pat <PatCurran@dwt.com>
**Cc:** Schary, Alison <AlisonSchary@dwt.com>
**Subject:** Re: Richards v. Kirkman et al, Case No. 5:25-cv-00089

**[EXTERNAL]**

Hello Pat,

Thank you for reaching out. To prepare for a productive discussion, could you please outline the spe you'd like to address? I can then determine the best approach for our conversation.

Best regards,
Lisa



# LWR LAW OFFICES

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

| 3060 Williams Dr. Ste 300 #510 | Tel: (202) 981-2059 | LWRLaw( |
| Fairfax, VA 22031 | Email: LWR@lwrlawoffices.com | |

On Thu, Sep 18, 2025 at 12:06 PM Curran, Pat <PatCurran@dwt.com> wrote:

Hi Lisa,

I hope all is well. My firm has been retained to represent Robert Kirkman and Skybound Entertai[nment] the case you recently filed in WDVA. Do you have a couple of minutes to talk later today or tomo[rrow] preliminary issues that we'd like to address. Let me know what time works for you and I will give [you a call.]

Best,

Pat



**Pat Curran**
**Counsel** | Davis Wright Tremaine LLP

**P** 202.973.4277  **C** 202.480.1587  **E** patcurran@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

DWT.COM  in