# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Harrisonburg Division

| | |
|---|---|
| **THOMAS RICHARDS,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 5:25-cv-00089 |
| : | |
| **ROBERT KIRKMAN,** *et al.*, : | |
| : | |
| Defendants. : | |
| : | |

## [PROPOSED] ORDER GRANTING DEFENDANTS ROBERT KIRKMAN, SYBOUND ENTERTAINMENT, INC., AND SCOPELY, INC.'S <u>MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT</u>

Upon consideration of the Defendants' Motion for an Extension of Time for Defendants to respond to Plaintiff Thomas Richards's Complaint, any opposition thereto, and for good cause shown, this Court **GRANTS** the Motion and **ORDERS** that Robert Kirkamn, Sykybound Entertainment, Inc., and Scopely, Inc., shall have until October 31, 2025 to respond to Plaintiff's Complaint.

Dated: _____, 2025.

_____
Magistrate Judge Joel C. Hoppe