

Lisa Richards <lwr@lwrlawoffices.com>

---

## Richards v. Kirkman et al, Case No. 5:25-cv-00089

---

**Lisa Richards** <lwr@lwrlawoffices.com>  Mon, Sep 22, 2025 at 2:45 PM
To: "Curran, Pat" <PatCurran@dwt.com>
Cc: "Schary, Alison" <AlisonSchary@dwt.com>

Pat,

Plaintiff declines to consent.

Best regards,
Lisa



# LWR LAW OFFICES

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

---

| | | |
|---|---|---|
| 3060 Williams Dr. Ste 300 #510<br>Fairfax, VA 22031 | Tel: (202) 981-2059<br>Email: LWR@lwrlawoffices.com | LWRLawOffices.com |

On Mon, Sep 22, 2025 at 1:47 PM Curran, Pat <PatCurran@dwt.com> wrote:

> Hi Lisa,
>
> I understand how the federal rules work. I'm asking for your consent to extend the time for all three of my clients to respond to the Complaint to October 31. Please let me know if that is acceptable, or if you are declining to consent. If it is the latter, we will file a motion. Thanks in advance for your quick response.

Best,

Pat

**Pat Curran**
**Counsel**, Davis Wright Tremaine LLP

---

**P** 202.973.4277  **C** 202.480.1587  **E** patcurran@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

---

**From:** Lisa Richards <lwr@lwrlawoffices.com>
**Sent:** Monday, September 22, 2025 1:43 PM
**To:** Curran, Pat <PatCurran@dwt.com>
**Cc:** Schary, Alison <AlisonSchary@dwt.com>
**Subject:** Re: Richards v. Kirkman et al, Case No. 5:25-cv-00089

**[EXTERNAL]**

Pat,

Scopely's response deadline remains unchanged per FRCP 12(a)(1)(A)(i).

Best regards,

Lisa



# LWR LAW OFFICES

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

---

3060 Williams Dr. Ste 300 #510  
Fairfax, VA 22031

Tel: (202) 981-2059  
Email: LWR@lwrlawoffices.com

LWRLawOffices.com

---

On Mon, Sep 22, 2025 at 11:46 AM Curran, Pat <PatCurran@dwt.com> wrote:

> Good morning Lisa,
>
> I wanted to let you know that we are also representing Scopely. We would like to set their response deadline to Friday, October 31 as well. Please let me know your position as soon as possible. We would obviously

prefer to file a consent motion, but we will move without your consent if necessary.

Thanks,

Pat

**Pat Curran**
**Counsel,** Davis Wright Tremaine LLP

**P** 202.973.4277  **C** 202.480.1587  **E** patcurran@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

**From:** Curran, Pat
**Sent:** Thursday, September 18, 2025 3:53 PM
**To:** 'Lisa Richards' <lwr@lwrlawoffices.com>

**Cc:** Schary, Alison <AlisonSchary@dwt.com>
**Subject:** RE: Richards v. Kirkman et al, Case No. 5:25-cv-00089

Hi Lisa,

Thanks for the quick response. We understand that there's a dispute over service on Mr. Kirkman and that you've filed a motion on the issue. In the interest of avoiding motions practice, we're willing to formally accept service for Mr. Kirkman in exchange for setting a joint deadline of Friday, October 31, for both Skybound and Mr. Kirkman to respond to the Complaint. If that's agreeable to you, we're more than happy to prepare a consent motion and order.

Best,

Pat

**Pat Curran**
**Counsel,** Davis Wright Tremaine LLP

**P** 202.973.4277  **C** 202.480.1587  **E** patcurran@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

**DWT.COM**

---

**From:** Lisa Richards <lwr@lwrlawoffices.com>
**Sent:** Thursday, September 18, 2025 2:37 PM
**To:** Curran, Pat <PatCurran@dwt.com>
**Cc:** Schary, Alison <AlisonSchary@dwt.com>
**Subject:** Re: Richards v. Kirkman et al, Case No. 5:25-cv-00089

**[EXTERNAL]**

---

Hello Pat,

Thank you for reaching out. To prepare for a productive discussion, could you please outline the specific preliminary issues you'd like to address? I can then determine the best approach for our conversation.

Best regards,
Lisa



# LWR LAW OFFICES

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

---

3060 Williams Dr. Ste 300 #510       Tel: (202) 981-2059
Fairfax, VA 22031                    Email: LWR@lwrlawoffices.com       LWRLawOffices.com

---

On Thu, Sep 18, 2025 at 12:06 PM Curran, Pat <PatCurran@dwt.com> wrote:

Hi Lisa,

I hope all is well. My firm has been retained to represent Robert Kirkman and Skybound Entertainment with respect to the case you recently filed in WDVA. Do you have a couple of minutes to talk later today or tomorrow? There are a few preliminary issues that we'd like to address. Let me know what time works for you and I will give you a call.

Best,

Pat



**Pat Curran**
**Counsel |** Davis Wright Tremaine LLP

**P** 202.973.4277  **C** 202.480.1587  **E** patcurran@dwt.com
**A** 1301 K Street NW, Suite 500 East, Washington, D.C. 20005

DWT.COM  in