

Lisa Richards <lwr@lwrlawoffices.com>

---

## Richards v. Kirkman, Skybound Entertainment, Inc., Image Comics, Inc. et al , WD VA 5:25-cv-00089-JHY-JCH

**Lisa Richards** <lwr@lwrlawoffices.com>   Fri, Se
To: "Kayser, Susan M." <skayser@bakerlaw.com>
Cc: "Feldmann, R. Scott" <sfeldmann@bakerlaw.com>, "Robertson, John" <jrobertson@bakerlaw.com>

Susan,
Image Comics' response deadline remains unchanged per Federal Rule 12(a).

Best regards,
Lisa



# LWR LAW OFFICES
CONSTITUTIONAL LAW & CIVIL RIGHTS
Virginia Bar #96671 • New York Bar #4932570

| 3060 Williams Dr. Ste 300 #510 | Tel: (202) 981-2059 | |
| Fairfax, VA 22031 | Email: LWR@lwrlawoffices.com | LWRLawOff |

---

On Fri, Sep 19, 2025 at 12:43 PM Kayser, Susan M. <skayser@bakerlaw.com> wrote:

Ms. Richards,

Scott Feldmann, John Robertson, and I will be representing Image Comics, Inc. in this matter. This
behalf of Image Comics, Inc. only a 30-day extension to answer or respond to the Complaint to and
November 3, 2025.

Thank you in advance for your courtesy and we look forward to hearing from you.

Regards,

Susan Kayser

**Susan Kayser**
Partner

---

**BakerHostetler**

Washington Square
1050 Connecticut Ave N.W. | Suite 1100
Washington, DC 20036-5403
T +1.202.861.1574

skayser@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended recipient
you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted,
lost, destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result of e-mail transmission.