

Lisa Richards <lwr@lwrlawoffices.com>

# Service of Motion and Supporting Documents - Richards v. Kirkman et al., Case No. 5:25-cv-00089

**Allen B. Grodsky** <agrodsky@leechtishman.com>  Fri, Sep 12, 2025 at 7:02 PM
To: Lisa Richards <lwr@lwrlawoffices.com>

I have no idea why you served these documents on me. I haven't appeared in the case, and merely offered to facilitate the signing of a waiver of service. You'll have to properly serve these documents (just as you will have to properly serve the complaint).

**Allen B. Grodsky**
Partner

**T:** 310.203.2800
**DD:** 310.203.2802
**E:** agrodsky@leechtishman.com

**LEECH TISHMAN**
**NELSON HARDIMAN**

1100 Glendon Avenue, 14th Floor
Los Angeles, CA 90024

**PITTSBURGH | CHICAGO | LOS ANGELES | NEW YORK | PHILADELPHIA | SARASOTA | WASHINGTON, D.C.**

**Privileged and Confidential:** This e-mail may contain or attach privileged, confidential or otherwise protected information intended only for the use of the intended recipient(s). If you are not an intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

---

**From:** Lisa Richards <lwr@lwrlawoffices.com>
**Sent:** Friday, September 12, 2025 3:58 PM
**To:** Allen B. Grodsky <agrodsky@leechtishman.com>
**Subject:** Service of Motion and Supporting Documents - Richards v. Kirkman et al., Case No. 5:25-cv-00089

Mr. Grodsky,

I am serving you with the following documents filed today in the above-referenced matter:

1. Plaintiff's Motion to Declare Service Valid or, in the Alternative, for Authorization of Alternative Service of Process
2. All supporting exhibits (A through D)
3. Summons and Complaint (for your reference)

These documents have been filed with the Court and are available on the docket at ECF Nos.1, 2, 9.

As detailed in the Motion, Plaintiff contends that service was properly effectuated on September 4, 2025, making Defendant's response due September 25, 2025. In the alternative, if the Court authorizes alternative service by email (as requested in the Motion), Defendant's response would be due twenty-one (21) days from today's email service.

Regards,

Lisa W. Richards, Esq.
Attorney for Plaintiff



# LWR LAW OFFICES

CONSTITUTIONAL LAW & CIVIL RIGHTS

Virginia Bar #96671 • New York Bar #4932570

3060 Williams Dr. Ste 300 #510  
Fairfax, VA 22031

Tel: (202) 981-2059  
Email: LWR@lwrlawoffices.com

LWRLawOffices.com