# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### HARRISONBURG DIVISION

| | |
|---|---|
| **THOMAS RICHARDS** | ) |
| | ) |
|     **Plaintiff** | ) |
| | ) |
| **v.** | )   Case No. 5:25-00089 |
| | ) |
| **ROBERT KIRKMAN, et al.** | ) |
| | ) |
|     **Defendants** | ) |

## DEFENDANT LCG ENTERTAINMENT, INC.'S
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), Defendant LCG Entertainment, Inc. ("LCG") moves to dismiss the Complaint (ECF No. 1) of Plaintiff Thomas Richards ("Plaintiff"), and all claims asserted therein against LCG, for lack of personal jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted. The grounds for this Motion are set forth in the accompanying Memorandum.

Dated: October 31, 2025        Respectfully submitted,

                                     LCG Entertainment, Inc.

                                     By: /s/ Joshua F. P. Long      .
                                          Of Counsel

Joshua F. P. Long (VSB #65684)
Woods Rogers Vandeventer Black
P.O. Box 14125
10 South Jefferson Street, Suite 1800
Roanoke, VA  24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
Josh.long@woodsrogers.com

      Counsel for Defendant LCG Entertainment, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 31, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notice to all counsel of record

                                                          /s/ Joshua F. P. Long

4934-5510-1038, v. 1