IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| THOMAS RICHARDS | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No. 5:25-00089 |
| ROBERT KIRKMAN, et al. | ) ) ) |
| Defendants | ) |

## DECLARATION OF DAN IRISH

I, Dan Irish, hereby declare as follow:

1. I am a citizen of the United States and a resident of the State of California.

2. I am over the age of eighteen and have personal knowledge of the facts declared herein and, if called to testify as a witness thereto, could do so competently under oath.

3. I am the CFO of Defendant LCG Entertainment, Inc. ("LCG")

4. I am familiar with the corporate structure and general business organization of LCG. I have access to information regarding the business activities of LCG.

5. I have reviewed Plaintiff's Complaint in this action. Plaintiff fails to identify anything that LCG did or failed to do that might give rise to liability, establish personal jurisdiction, or make LCG a proper party defendant.

6. LCG is a Delaware corporation with its principal place of business in California.

7. LCG was formed on December 27, 2018.

8. LCG has had no role or involvement in or affiliation with the development, publishing or distribution of The Walking Dead video games. LCG did not even exist when the Walking Dead video game was developed and published in 2012.

9. As its Delaware Certificate of Good Standing confirms, LCG was not formed until 6 years later on December 27, 2018.

10. A true and correct copy of LCG's Delaware Certificate of Good Standing confirming LCG's status as a Delaware corporation and formation on December 27, 2018, is attached as **Exhibit 1** to LCG's Memorandum in Support of its Motion to Dismiss.

11. LCG's Delaware Certificate of Good Standing is a public record available on the Delaware Division of Corporations website.

12. While LCG did purchase certain assets from Telltale Games, Inc. ("Telltale"), the Walking Dead video games were not among them.

13. LCG and Telltale entered into an Asset Purchase Agreement dated May 21, 2019, pursuant to which LCG purchased certain assets from Telltale (the "Asset Purchase Agreement").

14. As the Asset Purchase Agreement confirms, the Walking Dead video games were specifically excluded from the purchased assets and never acquired by LCG

15. Exhibit 1.3.1, Table 1 of the Asset Purchase Agreement specifically identifies the Purchased Assets including all Software and Technology acquired by LCG. The Walking Dead video games are not listed as Purchased Assets.

16. Exhibit 1.3.7, Table 7.1. of the Asset Purchase Agreement identifies certain 'Excluded Games" which are specifically excluded from the Purchased Assets. The Walking Dead games are specifically identified as Excluded Games that were not acquired by LCG.  T

17. The relevant excerpt from Exhibit 1.3.7, Table 7.1. of the Asset Purchase Agreement confirming the exclusion of the Walking Dead games is provided below.

Exhibit 1.3.7
Excluded Assets

1. **"Excluded Games"** mean the video games on all platforms and operating systems set forth in **Table 7.1** below.

**Table 7.1.**

| Excluded Games (Excluded Games include all versions, episodes and seasons of each particular Excluded Game) | Description |
|---|---|
| ███████████████ | ████████████████████████████████ ████████████████████ |
| ██████ | ████████████████████████████████ |
| █████████ | ██████████████████████ |
| ████████ | ███████████████████████████ |
| ████████ | ██████ |
| The Walking Dead | All seasons, titles, and episodes of The Walking Dead series of games, and all related content and downloadable content. For avoidance of doubt, the Walking Dead Royalty Payments are excepted as provided in Exhibit 1.3.6. |
| ████████████████ | ████████████████████████ |

18.   LCG did not even exist and has had no role or involvement in or affiliation with the development, publishing or distribution of The Walking Dead video games.

19.   LCG never purchased or acquired the Walking Dead video games from Telltale. The Walking Dead video games were specifically excluded from the purchased assets and never acquired by LCG.

20.   LCG has done nothing with respect to The Walking Dead or its comic books, video games, and other media, and knows nothing about its fictional character named Thomas Richards or how, when, where, why or by whom his name was chosen. LCG has nothing to do with this case whatsoever and should not have been named as a defendant.

21. LCG lacks any connection with Virginia.

22. LCG is located in California.

23. LCG has not directed its activities to Virginia.

24. LCG does not have contacts with Virginia.

25. LCG is not incorporated in the state of Virginia.

26. LCG's principal place of business is not in the state of Virginia.

27. LCG is not registered to do business in Virginia.

28. LCG does not enter into contracts with customers in Virginia to provide services in the State of Virginia.

29. LCG does not provide services in Virginia.

30. LCG does not have any bank accounts in Virginia.

31. LCG does not have any employees, agents, or representatives located or otherwise operating in the state of Virginia.

32. LCG has no physical presence in the state of Virginia, does not operate any facilities in the state of Virginia, and owns no real property in the state of Virginia.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct.

Executed this 31st day of October, 2025.

_____
Dan Irish

4902-4633-1758, v. 1