## DECLARATION OF LISA WEINGARTEN RICHARDS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO LCG'S MOTION TO DISMISS

I, Lisa Weingarten Richards, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney licensed to practice law in Virginia (VSB #96671). I am counsel of record for Plaintiff Thomas Richards in this action. I am also Plaintiff's wife.

2. I am competent to testify to the matters set forth herein and have personal knowledge of the facts stated in this declaration.

3. **Exhibit A** consists of true and accurate copies of screenshots from digital storefronts (Steam, PlayStation Store, Xbox, Epic Games Store, and GOG) showing The Walking Dead: The Telltale Definitive Series product pages. I personally accessed these websites and captured these screenshots on November 13, 2025. These screenshots accurately reflect the content displayed on these websites as of that date, including the copyright notice stating "Telltale is a trademark of Telltale, Inc., used with permission."

4. **Exhibit B** consists of:

    o Two screenshots showing online reports that the website www.howmanyofme.com is non-functional. I personally attempted to access www.howmanyofme.com on November 13, 2025 when attempting to verify LCG's citation to this source and confirmed the website was inaccessible.

    o Screenshots from BeenVerified.com and Intelius.com showing search results for individuals named "Thomas Richards" in the United States. I personally

conducted these searches on November 13, 2025 and captured these screenshots. These screenshots accurately reflect the search results returned by these databases as of that date.

5. **Exhibit C** consists of true and accurate copies of articles and screenshots documenting Plaintiff's early internet presence and video content. I obtained these materials from publicly available online sources on November 13-14, 2025. As Plaintiff's wife, I have personal knowledge of the following facts:

    - Plaintiff's first video on Google Video ranked in the top 1% of all videos on that platform

    - Plaintiff operated spirituallysmart.com with substantial daily traffic ranging from hundreds to over 1,000 hits per day from 2001 through approximately 2009

    - Plaintiff's content ranked #2 in YouTube searches for "Vatican" in 2009

    - Plaintiff's online presence was substantial during the 2003-2005 period when Kirkman was creating Walking Dead characters

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 14, 2025, in Virginia.

/s/ Lisa Weingarten Richards

Lisa Weingarten Richards