



Uncover potential hidden family ties, past generations, and ancestral connections to
help build your family story.

⚠ Please do not hit the Back button. Your information may be lost.

CUSTOMER SUPPORT

# Next Step: Select A Result Below

**Not the right person?**   Modify Search



Verified
Name Match
## CHERRY HILL, NJ

Cherry Hill, NJ



OPEN REPORT



Verified
Name Match
## MARBLE FALLS, TX



## 77

Marble Falls, TX,  Huntsville, TX,  Riverside, TX,  Arlington, TX,  Mansfield, TX

Helen Richards,  Jared Richards,  Jeffrey Richards,  Brittany Britton

OPEN REPORT

# Richard Thomas Libby

## SAN YSIDRO, CA

## 60

San Ysidro, CA,  Los Angeles, CA,  El Cajon, CA,  Saint Petersburg, FL,  Littleton, CO,  San Diego, CA,  Paso Robles, CA,
Beverly Hills, CA,  Arcadia, CA,  West Covina, CA

Christine Zemanchik,  Bibiana Libby,  Robert Libby,  Richard Libby,  Christian Libby

OPEN REPORT

# Thomas Randall Walters

## FLAGSTAFF, AZ

## 66

Flagstaff, AZ, Sierra Vista, AZ, Cheyenne, WY, Ponca City, OK, Dandridge, TN, Dacono, CO, Altamont, IL, Salida, CO, Tombstone, AZ, Prescott, AZ

Dorothy Walters, Donald Walters, Donna Walters, Fonda Walters

OPEN REPORT

# Thomas J. Richard

## AMBLER, PA

## 65

Ambler, PA, Salina, KS, Lansdale, PA, Horsham, PA, Hackboro, PA

Joanne Richard, Rita Richard, David Richard, Stephen Richard, Susan Domenick

OPEN REPORT

# Thomas Jamaris Richard

## TUCSON, AZ

## 38

Tucson, AZ, Twentynine Palms, CA, Pensacola, FL, Brandon, MS, Pearl, MS, Ridgeland, MS, Jackson, MS

Alexis Richard, Kaleigh Richard, Leo Richard, Girtha Richard, Stella Richard

OPEN REPORT

# Thomas E. Richard

## BROOKLINE, MO

## 71

Brookline, MO, Davenport, IA

Donna Richard, Christopher Richard, John Richard

OPEN REPORT

# Thomas James Richburg

WINDSOR MILL, MD

## 80

Windsor Mill, MD,  Roanoke, VA,  Randallstown, MD,  Gwynn Oak, MD,  Baltimore, MD

Thomas Richburg,  Kia Richburg,  Aisha Simms,  Christina Simms

OPEN REPORT

# Walter Thomas Richards

BELLEVUE, WA

## 94

Bellevue, WA,  Seattle, WA

Edith Richards,  Angela Hall,  Julie Hagerty,  Mark Hagerty,  Bruce Hall

OPEN REPORT



# ...on Richards

EDWARDSVILLE, IL

## 81

Edwardsville, IL

Betty Richards,  Ben Richards,  Mary Richards,  Charles Richards,  Marion Richards

OPEN REPORT



Verified
Name Match

# ...mmy Lee Richards

Verified

Name Match
## ETOWAH, TN



## 50

Etowah, TN, Whitesburg, GA, Delano, TN, Spring Hill, FL, Homosassa, FL, Albany, GA, Sylvester, GA, Broadway, NC, Poulan, GA, Ellijay, MI

Billy Richards, Diana Richards, Tommie Richards, Harold Richards, Leslie Richards

OPEN REPORT

## Thomas Richards

Verified
Name Match
## FORT JENNINGS, OH



Fort Jennings, OH

OPEN REPORT

## Thomas Richards

Verified
Name Match
## FRESNO, CA



Fresno, CA

OPEN REPORT

## Thomas E. Richards

Verified
Name Match
## SAN MATEO, CA



## 80

San Mateo, CA, San Francisco, CA, Santa Cruz, CA

Joseph Bernard, Marjorie Bernard

OPEN REPORT

## Thomas Richards

Verified
Name Match

LEANDER, TX

**21**

Leander, TX

Donald Richards,  Pamela Richards



**OPEN REPORT**

## Thomas L. Richards

Verified
Name Match

PHILADELPHIA, PA

**74**

Philadelphia, PA,  Bremerton, WA,  Indianapolis, IN,  New Orleans, LA,  Vashon, WA,  Seattle, WA

Angela Rice



**OPEN REPORT**

## Thomas James Richards

Verified
Name Match

MOBILE, AL

Mobile, AL,  New Orleans, LA,  Saraland, AL

Mary Richards,  Mony Richards,  Wilson Richards,  Allison Davis,  Anna Richards



**OPEN REPORT**

## Thomas Michael Richards

Verified
Name Match

CEDAR PARK, TX

**41**

Cedar Park, TX,  Fort Collins, CO,  Ann Arbor, MI,  Beaverton, OR,  Kalamazoo, MI,  Sterling, CO

Crystal Richards,  Ivan Richards,  Sarah Richards,  Edward Richards,  Matthew Richards

OPEN REPORT

## Thomas Richards

Verified
Name Match

### BALTIMORE, MD



Baltimore, MD

OPEN REPORT

## Thomas Richards

Verified
Name Match

### NORFOLK, VA

Norfolk, VA

Diane Cook,  William Hamilton,  Kenneth Richard,  Frances Richards,  Thomas Richards,  William Richards,
William Richardson,  William Richardson

OPEN REPORT

## Thomas L. Richards

Verified
Name Match

### RUSSELLS POINT, OH

**97**

Russells Point, OH,  Lima, OH,  North Fort Myers, FL

Donna Richards

OPEN REPORT

## Thomas A. Richards

Verified
Name Match

### HIGH SPRINGS, FL



High Springs, FL

OPEN REPORT

Verified
Name Match
# Thomas J. Richards
## MERCER, WI

**71**

Mercer, WI, Tucson, AZ

Margaret Richards, Suzanne Bell, Jeffrey Richards, John Bell, Chelsea Richards



OPEN REPORT

Verified
Name Match
# Thomas Richards
## CENTREVILLE, VA

Centreville, VA



OPEN REPORT

Verified
Name Match
# Thomas M. Richards
## ROCKFORD, IL

**84**

Rockford, IL

Therese Richards, Antina Pennock, Maximis Richards, Terry Richards, Michael Pennock




OPEN REPORT

Verified
Name Match
# Thomas Richards
## O FALLON, IL

O Fallon, IL



Deidre Brede,  Shannon Mccanless,  Kerri Mussafer,  Catherine Richards,  Gerri Richards,  Grace Richards,
John Richards,  Thomas Richards,  Tom Richards,  Tom Richards,  Tom Richards,  Tom Richards,  Wade Richards,
Marsha Shepherd

**OPEN REPORT**

# Thomas M. Richards



Verified
Name Match

## MARION, IL

# 101

Marion, IL,  Carrier Mills, IL

Mary Richards,  James Richards,  Thos Richards,  Mary Richards

**OPEN REPORT**

# Thomas J. Richards



Verified
Name Match

## TELLURIDE, CO

Telluride, CO

**OPEN REPORT**

# Thomas E. Richards



Verified
Name Match

## TOPSFIELD, MA

# 73

Topsfield, MA,  Salem, MA,  Beverly, MA,  Georgetown, MA

Ann Richards,  Kayla Richards,  Craig Richards,  E Richards

**OPEN REPORT**

# Thomas Richards



Verified

Name Match

## PANAMA CITY, FL



Panama City, FL

OPEN REPORT

## Thomas L. Richards

Verified
Name Match
## ATHENS, GA



### 93

Athens, GA, Bloomington, IL, Bishop, GA

Charlene Richards, Bartley Richards, Thomas Richards, Suzanna Richards

OPEN REPORT

## Thomas Richards

Verified
Name Match
## HOLT, MI

Holt, MI

OPEN REPORT

## Thomas L. Richards

Verified
Name Match
## OSHKOSH, WI

### 66

Oshkosh, WI, De Tour Village, MI, Wisconsin Dells, WI, Drummond Island, MI, Jefferson, WI, Baraboo, WI, Stevens Point, WI, Florence, AZ, Canton, OH, Racine, WI

Kristina Richards, Helen Kish, Howard Richards, Corey Lynd, Nathan Richards

OPEN REPORT

# Thomas J. Richards

Verified
Name Match


## MC COOK, NE

## 53

Mc Cook, NE,  Palisade, NE,  Elwood, NE,  North Platte, NE,  Hershey, NE,  Grand Island, NE

Cornelia Butler,  Thomas Richards,  Letty Richards,  Jared Richards,  Sarah Richards

**OPEN REPORT**

# Thomas Monroe Richards

Verified
Name Match


## NEW KENT, VA

## 80

New Kent, VA,  Hampton, VA,  Chesapeake, VA,  Blacksburg, VA,  Maple Shade, NJ,  Delran, NJ

Cecilia Richards,  Christopher Richards,  Matthew Richards,  James Moore,  Cathie Donahue

**OPEN REPORT**

# Thomas Allen Richards

Verified
Name Match


## OTTAWA LAKE, MI

## 59

Ottawa Lake, MI,  Sylvania, OH,  Toledo, OH,  Maumee, OH,  Wauseon, OH

Kelly Richards,  Donna Richards,  John Richards,  Evan Richards,  Owen Richards

**OPEN REPORT**

# Thomas Ernest Richards

Verified
Name Match


## MADISONVILLE, LA

## 48

Madisonville, LA,  Mandeville, LA,  Diamondhead, MS,  Santa Rosa Beach, FL,  Metairie, LA,  Covington, LA,  Destin, FL,
Baton Rouge, LA

Shawn Richards,  Ernest Richards,  Jo Richards,  Thomas Richards,  Nicholas Richards

OPEN REPORT

## Thomas Artis Richards

Verified
Name Match

BERKLEY, MI

**32**

Berkley, MI,  Rochester, MI,  Royal Oak, MI,  Portage, IN,  East Lansing, MI

Lauren Richards,  Veronica Richards,  William Richards,  Nichole Richards,  Julie Walker



OPEN REPORT

## Thomas W. Richards

Verified
Name Match

SCHENECTADY, NY

**34**

Schenectady, NY,  Ballston Spa, NY,  El Paso, TX,  Watertown, NY,  Potsdam, NY,  Albany, NY

Marlete Richards,  Bruce Richards,  Sheree Kissinger,  Hailey Kissinger,  Gannon Richards



OPEN REPORT

## Thomas John Richards

Verified
Name Match

WEST CHESTER, PA

**44**

West Chester, PA,  Clifton Heights, PA,  Darby, PA

Lindsey Mcdonnell,  Joan Richards,  Thomas Richards,  Patrick Barr,  Fallon Barr

OPEN REPORT

## Thomas Eugene Richards

Verified

Name Match
## KINGSPORT, TN



### 73

Kingsport, TN, Wise, VA

Shelba Richards, Yolanda Moneyhun, Kristie Richards, Wesley Moneyhun

OPEN REPORT

Verified
Name Match
## Thomas Charles Richards
## TROUTDALE, OR



### 63

Troutdale, OR, Fairview, OR, Beaverton, OR, Portland, OR, Roseburg, OR, Eugene, OR, Gresham, OR

Nanette Schrader Richards, Charlotte Richards, Barbara Schrader, Don Schrader, Delbert Schrader

OPEN REPORT

Verified
Name Match
## Thomas Gordon Richards
## GRAFTON, OH



### 80

Grafton, OH, Columbia Station, OH

Sharon Richards, Eva Richards, Lyle Richards, Anthony Richards, Pammy Richards

OPEN REPORT

Verified
Name Match
## Thomas Robert Richards
## MINNEAPOLIS, MN



### 63

Minneapolis, MN, Minnetonka, MN

Brenda Richards, Russell Richards, Donna Richards, Robert Richards, Daniel Richards

OPEN REPORT

## Thomas Timothy Richards 

 PORTAGE, MI

**73**

Portage, MI,  Kalamazoo, MI,  Chicago, IL,  Brooklyn, NY,  Aurora, IL,  Crested Butte, CO,  Beaver Island, MI,  Clairton, PA

Denise Richards,  Jason Richards,  Jessica Lutz,  Christopher Richards,  Zael Lutz

OPEN REPORT

## Thomas William Richards 

Verified Name Match VERO BEACH, FL

**80**

Vero Beach, FL,  Fort Pierce, FL,  Jackson, MI,  Toledo, OH,  Traverse City, MI,  Munith, MI

Sharon Richards,  Carolyn Richards,  Patricia Richards,  Linda Richards,  Marilyn Richards

OPEN REPORT

## Thomas William Richards 

Verified Name Match GAINESVILLE, FL

**80**

Gainesville, FL,  Milltown, WI,  Orlando, FL,  Negaunee, MI

Sonja Petersen

OPEN REPORT

## Thomas Wesley Richards 

 HUMBOLDT, AZ

## 35

Humboldt, AZ

Rashel Richards, Donna Anthony, George Richards, Ryan Richards, Edna Richards

**OPEN REPORT**

DISCLAIMER: You may not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Intelius does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, 15 USC 1681 et seq., ("FCRA"), which are incorporated herein by reference.) The information available on our website may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Intelius does not make any representation or warranty about the accuracy of the information available through our website or about the character or integrity of the person about whom you inquire. For more information, please review Intelius TERMS OF USE.

Explore your accessibility options

© 2025 Intelius LLC. All Rights Reserved.

Cookie Settings

About Us     Disclaimer     Privacy Policy     Blog

 Reddit · r/namenerds
6 comments · 1 year ago ⋮

## How Many of Me, what happened? : r/namenerds

The site doesn't show the exact number of people who have that name. **Just the percentile who have it**, provided they're within the the top 1000th percentile.

**How Many Of Me** Website Down? - Alternative : r ...   7 answers   Oct 30, 2023
**How Many of Me** website : r/namenerds - Reddit   30 answers   Jun 14, 2020
More results from www.reddit.com

how many people in America share it. Here's how it ...



YouTube · TheWindowsClub
840+ views · 1 year ago

Best Similar Sites Like HOWMANYOFME.COM & Alternatives ...



What happened to **howmanyofme.com**? Well, it has been shut down, and if you are looking for a free alternative to the **HowManyofMe.com** website, ...

  4 key moments in this video