

Support Now


Menu

NEWS | SPORTS | VOICES | CULTURE | LIFESTYLE | TRAVEL | CLIMATE | PREMIUM

News > World > Europe

# Vatican launches YouTube channel

Peter Popham • Friday 23 January 2009 12:27 EST • 0 Comments

   



**Your support helps us to tell the story**

Read more

**SUPPORT NOW**

Read more

Bolstered by a hearty endorsement from the Pope, the Vatican plunged into a new age today, launching its own dedicated YouTube channel, www.youtube.com/vaticanit.

Initially available in Italian, English, German and Spanish, the ad-free site gives the Church an official presence in the fast-moving, anarchic world of new technology. Type "Vatican" into YouTube's search engine and the first video to appear is entitled "The Devil in the Vatican" and claims that the modern Church has gone over to the other side. The second argues that "Nazi Germany was a creation of the Vatican and the Jesuits". Now the Vatican has the means to fight back.

"The Vatican Television Centre and Vatican Radio have been producing video news on the Pope's activities every day for over a year," said the papal spokesman Father Federico Lombardi. "Now they are ready to make this jump into the global arena."

The Vatican's fusty facade has long concealed a tech-savvy interior: its solemn-looking website, www.vatican.va , is a treasure trove, and was once nominated for a

Pope Benedict said the new technologies were "a gift to humanity". By communicating online, he said, we are responding to God, "who desires to make of all humanity one family. When we find ourselves drawn towards other people ... we are responding to God's call." But he warned that "if the desire for virtual connectedness becomes obsessive" it can damage "healthy human development".

*Visit The Independent's YouTube channel at www.youtube.com/theindependent.*

**More about:**  Churches   Internet   Rome   YouTube



**Join our commenting forum**

Join thought-provoking conversations, follow other Independent readers and see their replies





**GET IN TOUCH**

Contact us

**OUR PRODUCTS**

Register

Newsletters

Donate

Today's Edition

Install our app

**OTHER PUBLICATIONS**

International editions

Independent en Español

Independent Arabia

Independent Turkish

Independent Persian

Independent Urdu

The Standard

**LEGAL**

Code of conduct and complaints

Contributors

Cookie policy

Donations Terms & Conditions

Privacy policy

User policies

Modern Slavery Statement

**EXTRAS**

Puzzles

All topics

Betting offers

Latest deals

Competitions and offers

Independent Advertising

Independent Ignite

Syndication

Working at The Independent

https://x.com/tlthe5th/status/1965137610118234292

← Post

**Tommy Richards Spiritually Smart (IAMConfirmed)**
@tlthe5th

My first video was on google video, not youtube and it was top 1% on all google video. Yet people say I'm no one. And I have much more documentation like this. Here's more:




3:38 PM · Sep 8, 2025 · **110** Views