**AFFIDAVIT OF LISA WEINGARTEN RICHARDS**
**IN SUPPORT OF EXHIBITS A, B, C, D, AND E**

I, Lisa Weingarten Richards, being duly sworn, state as follows:

1. I am an attorney licensed to practice law in the Commonwealth of Virginia (VSB #96671). I am counsel of record for Plaintiff Thomas Richards in the above-captioned action. I am also married to Plaintiff Thomas Richards.

**Exhibit A - Image Comics Press Release (September 22, 2023)**

2. On November 17, 2025, I accessed the official website of Image Comics at www.imagecomics.com.

3. Through performing a search, I located a press release dated September 22, 2023, titled "THE WALKING DEAD'S 20TH ANNIVERSARY BOX SETS—EARLY PHOTOS REVEALED." at https://imagecomics.com/press-releases/the-walking-deads-20th-anniversary-box-sets-early-photos-revealed

4. I PDF-printed a true and accurate copy of this press release directly from the Image Comics website. The press release identifies "**Image Comics/Skybound Entertainment**" as the joint publisher of The Walking Dead 20th Anniversary Box Sets and quotes **Eric Stephenson, Publisher and Chief Creative Officer at Image Comics**.

5. A true and accurate copy of this press release is attached hereto as **Exhibit A**.

**Exhibit B - Tony Alamo News Coverage (November 2025)**

6. On or about November 4, 2025, I obtained a screenshot of mainstream media news coverage (syndicated on MSM) featuring Tony Alamo and Susan Alamo as headline news, with the headline "Televangelists Who Were Worse Than You Realized" demonstrating that Tony and Susan Alamo remain sufficiently famous and newsworthy, even after their deaths, to generate national media coverage decades after the events at issue in this case.

7. A true and accurate copy of this screenshot is attached hereto as **Exhibit B**.

**Exhibit C - Tony Alamo Ministry Newsletter (October 1997)**

8. On November 17, 2025, I accessed the official website of Tony Alamo Ministries at www.alamoministries.com.

9. I located and downloaded the October 1997 issue of the "Alamo Christian Ministries World Newsletter" from the URL: https://www.alamoministries.com/Newsletters/Oct-97.pdf

10. This newsletter features my husband, Plaintiff Thomas Richards, prominently on the **front cover** under the heading "Checking it out with the Scriptures in Long Island."

11. The newsletter includes:

    o   A **large photograph** of Thomas Richards (identified as "Tommy Richards")

    o   His **full testimony** describing his conversion and his later decision to join Tony Alamo's ministry

    o   His **location identified** as "Long Island, NY"

    o   His **signature** "Tommy Richards, Long Island, NY" at the end of his testimony

12. The newsletter states it is "printed by the millions, translated into many languages, and distributed worldwide" and that the ministry receives "responses from over two hundred countries."

13. My husband appeared in a second Tony Alamo newsletter as well, further cementing his public association with Tony Alamo's ministry.

14. A true and accurate copy of the October 1997 newsletter is attached hereto as **Exhibit C**.

## Exhibit D - Tony Alamo Newsletter Still Online (November 2025)

15. As of November 17, 2025, the October 1997 newsletter featuring my husband remains publicly accessible at the same URL: https://www.alamoministries.com/Newsletters/Oct-97.pdf

16. I captured a screenshot showing that this newsletter remains online and accessible decades later.

17. A true and accurate copy of this screenshot is attached hereto as **Exhibit D**.

## Exhibit E - Tony Alamo Newsletter Available on Third Party Website(s) - Baylor University Digital Collections Archive (November 2025)

18. On November 17, 2025, I accessed Baylor University's Digital Collections website at https://digitalcollections-baylor.quartexcollections.com

19. I located the October 1997 "Alamo Christian Ministries World Newsletter" featuring my husband in Baylor University's permanent digital archive at the URL: https://digitalcollections-baylor.quartexcollections.com/Documents/Detail/alamo-christian-ministries-world-newsletter/810181

20. **Baylor University is a major research institution** that maintains extensive digital collections documenting religious movements, historical documents, and cultural materials.

21. The fact that Baylor University has permanently archived the newsletter featuring my husband demonstrates:

    - The historical significance of Tony Alamo's materials
    - The widespread distribution that warranted academic preservation
    - The accessibility of these materials to researchers, students, and creators investigating religious movements
    - That anyone researching Tony Alamo or controversial religious figures would find my husband's name and testimony through academic databases

22. I captured a screenshot of the Baylor University Digital Collections page showing the October 1997 newsletter in their permanent archive.

23. A true and accurate copy of this screenshot is attached hereto as **Exhibit E**.

**General Statement**

24. This evidence directly refutes Defendant Image Comics' argument that connecting Plaintiff Thomas Richards to Tony Alamo required obscure knowledge or was "implausible." To the contrary, Plaintiff was:

    - **Internationally published** in connection with Tony Alamo's ministry
    - Featured **by name and photograph on the front cover** of a newsletter distributed "by the millions" to "over two hundred countries"
    - **Permanently archived by Baylor University**, a major research institution
    - **Readily discoverable** through academic databases and internet searches
    - Publicly associated with Tony Alamo from 1997 through 2009 when his crimes came to light, and still very public about his prior association.

25. Any creator researching religious movements, controversial religious figures, or Tony Alamo specifically - as Defendant Kirkman demonstrated interest in through his "Battle Pope" series mocking Jesus and also the Pope - would inevitably encounter Plaintiff's name, photograph, and testimony through either internet searches or academic research databases.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 17th day of November, 2025, in Virginia.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards

LWR Law Offices

3060 Williams Dr, Ste 300 #510

Fairfax, VA 22031

Tel.: (202) 981-2059

lwr@lwrlawoffices.com

VSB #96671

Counsel for Plaintiff