FEATURES (/FEATURES)    NEW RELEASES (/COMICS/NEW-RELEASES)    COMICS

MERCH (HTTPS://IMAGECOMICS.THREADLESS.COM/)    PODCASTS (/PODCASTS)

 (https://www.facebook.com/pages/Image-Comics-Inc/178643148813259)      (https://twitter.com/imagecomics)      (https://instagram.com/imagecomics/)      (http://imagecomics.tumblr.com/)      (https://www.twitch.tv/imagecomics)     (

HOME (HTTPS://IMAGECOMICS.COM/)   /   NEWS (HTTPS://IMAGECOMICS.COM/NEWS)   /   PRESS RELEASES (HTTPS://IMAGECOMICS.COM/PRESS-RELEASES)   /
THE WALKING DEAD'S 20TH ANNIVERSARY BOX…

# THE WALKING DEAD'S 20TH ANNIVERSARY BOX SETS—EARLY PHOTOS REVEALED



PORTLAND, Ore. 09/22/2023 — Image Comics/Skybound Entertainment is pleased to release early photos of the highly anticipated, limited edition *The Walking Dead* 20th Anniversary Box Sets. From the bestselling writer/creator behind *Invincible, Firepower, Outcast*, and *Oblivion Song*—Robert Kirkman—dive into the first, career-making chapters of his oeuvre. A must-have for any walker fan.

These stunning specimens will hold the original black & white trade paperback volumes of the long-running, Eisner Award winning comic book series into four affordable packages. *The Walking Dead* 20th Anniversary Box Set #1 will include volumes 1-8 (featuring art by Tony Moore and Charlie Adlard), *The Walking Dead* 20th Anniversary Box Set #2 will include volumes 9-16 (featuring art by Adlard), *The Walking Dead* 20th Anniversary Box Set #3 will include volumes 17-24 (featuring art by Adlard), and *The Walking Dead* 20th Anniversary Box Set #4 (featuring art by Adlard) will include volumes 25-32.

### CREATORS

 Robert Kirkman (https://imagecomics.com/creators/robert-kirkman)

 Tony Moore (https://imagecomics.com/creators/tony-moore)

 Charlie Adlard (https://

"It's staggering to me that after 20 years this series is still in demand and still expanding into different formats," said Kirkman. "It's humbling to be hearing stories of this series now being passed down to the next generation of fans, and maybe those fans need a sturdy box for their books to live in."

Eric Stephenson, Publisher and Chief Creative Officer at Image Comics, added: "When we first launched *The Walking Dead* in 2003, no one could have guessed that it would go on to become one of our most successful series ever, let alone an international cultural phenomenon, but the stories collected in these four box sets serve as an excellent reminder of not only the series' broad appeal, but the talent and commitment of Robert Kirkman and his various collaborators."

*The Walking Dead* first launched in 2003 from Image Comics and garnered critical acclaim and an escalating sales track-record before Hollywood picked up the hot IP and the series was adapted from TV by AMC in 2010. It was also in 2010 that Kirkman teamed up with David Alpert to launch the multiplatform entertainment company, Skybound Entertainment, which would expand his—and others'—IP beyond comics into other mediums. *The Walking Dead* has since gone on to become a pop culture phenomenon inspiring everything from hit video games, novelizations, merchandise, and a multitude of multimedia spin-offs across the walker universe. The series has sold over 45 million copies across multiple formats and has been translated into 21 languages globally. It remains the quintessential Dystopian graphic novel horror story and arguably the most successful zombie story of all time.

*The Walking Dead* 20th Anniversary Box Set #1 (ISBN: 9781534327023, Lunar Code: 0823IM328) will be available at independent bookstores (https://bookshop.org/p/books/the-walking-dead-20th-anniversary-box-set-1-robert-kirkman/20267041?ean=9781534327023), Amazon, Barnes & Noble, Books-a-Million, and Indigo on Tuesday, October 3 and at comic book shops (https://www.comicshoplocator.com/StoreLocator) on Wednesday, October 4.

*The Walking Dead* 20th Anniversary Box Set #2 (ISBN: 9781534327030, Lunar Code: 0823IM329) will be available at independent bookstores (https://bookshop.org/p/books/the-walking-dead-20th-anniversary-box-set-2-robert-kirkman/20267046?ean=9781534327030), Amazon, Barnes & Noble, Books-a-Million, and Indigo on Tuesday, October 10 and at comic book shops (https://www.comicshoplocator.com/StoreLocator) on Wednesday, October 11.

*The Walking Dead* 20th Anniversary Box Set #3 (ISBN: 9781534327047, Lunar Code: 0823IM330) will be available at independent bookstores (https://bookshop.org/p/books/the-walking-dead-20th-anniversary-box-set-3-robert-kirkman/20267052?ean=9781534327047), Amazon, Barnes & Noble, Books-a-Million, and Indigo on Tuesday, October 17 and at comic book shops (https://www.comicshoplocator.com/StoreLocator) on Wednesday, October 18.

*The Walking Dead* 20th Anniversary Box Set #4 (ISBN: 9781534327054, Lunar Code: 0823IM331) will be available at independent bookstores (https://bookshop.org/p/

imagecomics.com/
creators/charlie-adlard)

## SERIES



**THE WALKING DEAD**
(https://
imagecomics.com/
comics/series/the-
walking-dead)

## RELEASES

 THE WALKING DEAD 20TH ANNIVERSARY BOX SET (https://
imagecomics.com/
comics/releases/the-
walking-dead-20-th-
anniversary-box-set1)

 THE WALKING DEAD 20TH ANNIVERSARY BOX SET (https://
imagecomics.com/
comics/releases/the-
walking-dead-20-th-
anniversary-box-set2)

 THE WALKING DEAD 20TH ANNIVERSARY BOX SET (https://
imagecomics.com/
comics/releases/the-
walking-dead-20-th-
anniversary-box-set4)

View All Releases

books/the-walking-dead-20th-anniversary-box-set-4-robert-kirkman/20267056?ean=9781534327054), Amazon, Barnes & Noble, Books-a-Million, and Indigo on Tuesday, October 24 and at comic book shops (https://www.comicshoplocator.com/StoreLocator) on Wednesday, October 25.

## ABOUT SKYBOUND ENTERTAINMENT

Established in 2010, Skybound is a multiplatform content company that works closely with creators and their intellectual properties, extending their stories to further platforms including comics, television, film, tabletop and video games, books, digital content, events and beyond. The company is home to critically-acclaimed global franchises including The Walking Dead, Invincible, and Superfight.

Skybound's capabilities include services as publisher, producer, and global distributor for tabletop and video games across all genres, including the multi-million unit selling The Walking Dead video game series. Skybound Games is also a strategic global marketing and distribution partner of Striking Distance Studios for the highly anticipated survival-horror game The Callisto Protocol.

The company also maintains key partnerships across the entertainment industry including Universal Pictures and Image Comics, holds a first look development deal with Audible, and has engaged an ongoing strategic business partnership with mobile games publisher and developer 5th Planet Games (OAX: FIVEPG). Skybound digital and creative IP boasts unique creators such as Kristian Harloff and the Schmoedown Entertainment Network as well as Peter Santa-Maria and his Attack Peter brand. For the most up to date information on Skybound, please visit the company on Twitter (@Skybound), YouTube (Skybound), Facebook (@Skybound Entertainment), Instagram (@skyboundent), and at www.skybound.com.

## GALLERY

    

(https://cdn.imagecomics.com/assets/i/series/1011743/Image_20230922_151149_7092630952201457.jpeg)

(https://cdn.imagecomics.com/assets/i/series/1011754/Image_20230922_151149_7092630952201457.jpeg)

(https://cdn.imagecomics.com/assets/i/series/1011762/Image_20230922_151149_7092630952201457.jpeg)

(https://cdn.imagecomics.com/assets/i/series/1011772/Image_20230922_151149_7092630952201457.jpeg)

(https://cdn.imagecomics.com/assets/i/series/1011748/Image_20230922_151149_7092630952201457.jpeg)

[(/)](/)

All content copyright © & Trademarked TM 2025 Image Comics or their respective owners. Image and its logos are ® and © 2025 Image Comics, Inc. All rights reserved.

New Releases (/comics/new-releases)

Coming Soon (/comics/coming-soon)

Comic Series (/comics/series)

Creators (/creators)

Events (/events)

Merch (https://imagecomics.threadless.com/)

Podcasts (/podcasts)

Solicitations (/solicitations)

Newsletter Sign Up (https://eepurl.com/K3nt5)

About Us (/about-us)

Press Releases (/press-releases)

RSS Feed (https://imagecomics.com/rss.xml)

Contact (/contact)

FAQ (/faq)

Submissions (/submissions)

Terms and Conditions (/terms-and-conditions)

Privacy Policy (/privacy)

Copyright Infringement (/copyright-information)

## FIND A STORE

Enter Zip Code    Go