# ALAMO CHRISTIAN MINISTRIES WORLD NEWSLETTER

*Pastor Tony Alamo*  *October '97*

In over thirty years of ministry Pastor Tony Alamo has been a blessing to the world, in preaching, in teaching, in reproving, rebuking, and exhorting those who are saved and unsaved to strive to enter into the strait and narrow gate to eternal life.

We at the Alamo Christian Ministries have seen many miracles, healings, and great deliverances down through the years, and we are very excited about the mighty moves that the Lord is making both here in the United States and around the world. Many years ago, Pastor Alamo prayed for the Lord to give him the gift to be able to write. As millions of Christians around the globe can testify, God granted him this request abundantly, and several years ago, Pastor Alamo vowed to write gospel literature every month. This literature is printed by the millions, translated into many languages, and distributed worldwide. Literally thousands of congregations around the world are pastored by Pastor Alamo through this literature along with the many taped messages that he delivers daily.

We are blessed and encouraged to receive responses from over two hundred countries, testimonies of salvation, encouragement, healings, deliverances. This is a sampling of recent letters and calls to our twenty-four hour phone line.

─────────────

## Checking it out with the Scriptures in Long Island

I got saved (born again) in Long Beach, Long Island, and I can list about ten supernatural events that led to my crying out sincerely for the Lord to forgive my sins. He had mercy on me by showing me I was a sinner and that He was there, waiting and willing to forgive my sins, and to give me a chance to make Him my Lord and serve Him.

Now some of you may think the rest was easy, that maybe I received literature or had a brother or sister from the Holy Alamo Christian Church come witness to me right away and started serving the Lord. But first the Lord wanted to show me something, and that something was the fact that very few ministries are truly serving the Lord.

Here I was, a born-again Christian, on fire for the Lord, and I couldn't even find a place to serve the Lord. For four and a half months I went from church to church, every denomination, starting with the Roman Catholic Church. It was hard for me to receive that the Catholic Church was not of the Lord, because where I grew up was eighty percent Jewish and the rest Roman Catholic; but when I came to the priest, completely in the Spirit, crying to him for lost souls and the soul of my backslidden mother, knowing they would perish in eternal Hell if they didn't repent and do what the Lord commands, he calmly said to me, "Have you ever received professional counseling?" I went back to that priest three times with many scriptures contradicting the church's teachings and at one point he said, "How would you feel if I punched you in the nose?"

From there I went to a Protestant church, where they preached "only by faith, not by works are you saved," but we know what James says about that. Not only that, the people were not in the Spirit. I moved on and got closer and closer to the truth.

There is so much heresy out here, I almost fell. I cried out to the Lord so urgently one evening, not only for myself, but for the whole area I lived in, that He help us all. Within that week there were these leaflets all over my town. I read *To Avoid Deception* and knew that the Pastor was born-again like me, and that the Lord had blessed him supernaturally with wisdom, and was using him mightily. I was thankful I had the literature. It gave me hope that there were people like him out there.

I had also just been told about this other ministry very close by. I, being a babe in Christ, figured that there would be others like this Pastor Tony Alamo, so I went to the other ministry and began speaking with one of the younger pastors. I told him about how I got saved, how the Lord gave me a strong fear, and how it took over my body and sent chills through my soul. He began rebuking me, saying, "That's not of God," and "God's all loving." I knew then that I was in the wrong place. I tried to correct him with many scriptures but he wouldn't receive it. He had been "serving the Lord" for a long time there and he knew I had just come to the ministry. I corrected him kindly, with meekness, showing him scripture after scripture, but he wouldn't receive it so I left. I was there for a couple of weeks.

*...I couldn't even find a place to serve the*

I knew I wasn't in the will of the Lord and I began fasting and praying for direction again. The Lord reminded me of the literature, and I really began to study it again. By this time I had found three other pieces of literature (*Terrified At Nothing, Judgment For Judges,* and *Today's Biggest Lesson*), and read them all.

Finally I called the number on the back of the literature and asked if I could be part of this ministry. I know it was the Holy Spirit that guided me through the phone call, and I left the next night. I left my belongings, friends, and family with joy, knowing that I will receive an hundred fold in the Kingdom of Heaven. When I arrived at the church, the Spirit of the Lord greeted me in such a powerful way in the service. I raised my hands with tears streaming down my face and glorified God for all He showed me. He rewarded me for my perseverance, but if it wasn't for studying the Scriptures day and night, I wouldn't have been able to discern the heresies and false prophets from true works of the Lord. I praise and thank the Lord I'm here. I'm thankful I have this testimony to share, and I'm thankful for all my brothers and sisters in Christ. Amen.

Tommy Richards                    Long Island, NY



*Tommy Richards with his wife Tanya, very thankful for his testimony*

## Another Testimony from New York

Dear Pastor Alamo,

I honestly pray and desire to see you soon. I've been wanting to tell you this for a few months. I didn't then and now don't want to sound weak, but I've broken down many times because of your imprisonment, and many matters could be quickly remedied by your release, which is soon to be.

God has made me subject to a pastor that I had rejected a year prior to my salvation. Close to a year and seven months ago I read *Unveiled* and was convicted, but used the excuse that you were in prison as a reason for me to reject the literature, to reject a message from the Lord. Shortly after that I returned to a life of drug abuse and heavy alcoholism that I thought I could never be free from. My three boys escaped a fire literally seconds before the room they were in filled with smoke and flames. They were on the nationally broadcast Gordon Eliot Christmas Show. Instead of turning to God for sparing their lives, I drank and doped it up more.



***Brother Steve with his three sons, who narrowly escaped a deadly fire.***

Then God had mercy on my soul. In the same area I found *Unveiled* a year before, I found *The Safest Place In the World*. I read the passage on Hebrews 10:26, then finished the literature, hoping that you would say something that would halt the trembling that was building up. I read it twice and felt worse. I checked with the Bible and it was unbearable. Then a door shut and I was in a room that had just filled up and emptied (I was the last one in it). Two large shaped things brought me to a huge light and sealed my mouth, then threw me into a flaming pit. I then was standing, holding the literature and a Bible. Again despair took over. I had believed in "eternal security."

I was trembling. Then I saw my boys standing at the Judgment Bar saying, "My dad never told me about God." I thought I had lost my mind. I wailed in a basement for forgiveness. I knew then, and know now, that you are a man of God. I prayed for Jesus to send me to a place to serve Him, if anybody really did. Here I am in the ministry. Praise the Lord! "Though He slay me, yet will I trust in Him."

Thank you for allowing me to serve God here.

See you soon. I have you in prayer.

Steven Bauer            Queens, NY

*"...I saw my boys standing at the Judgment Bar saying, "My dad never told me about God."*

## A Letter To The Editor Of The Southwest Times Record

Six years ago, while trying to buy crack cocaine in Los Angeles, I was stabbed in the neck four times and left for dead. After the police showed up, then paramedics, I was rushed to the hospital. While waiting in the emergency room I cried out to God for mercy from the depths of my heart. After the surgery, two doctors told me I had a second chance at life, to make the best use of it.

I was released after two weeks, and started searching for the truth, and the reason I had survived the stabbing. I talked with family and friends, sought for answers in the places I used to go; bars, pool halls, a Presbyterian Church I used to attend, never satisfied with the answers. Before long I was involved with crack again, and worse than before.

Two years later my wife brought home two pieces of gospel literature she received on her car, telling me to read them because they'd be good for me. I looked at the titles and left them on the dining room table. Two weeks went by and sitting at the same table, looking out the window, I started asking God, "Why?" and "How can I get to You?" Looking down I saw the gospel literature was still there. I read one, then the other, and the message in the literature opened my heart to receive the Truth. I asked Jesus into my heart and I felt Him enter into my heart and wash all my sins away in His blood. On my knees, alone in my dining room, the Holy Spirit of God instantly delivered me from my crack addiction, alcoholism, and every other sin I had committed.

No one can tell me that Tony Alamo's literature is trash.

David Chalais            Fort Smith, Arkansas

## From Our Witnessing Line

A woman called to "thank the Almighty God who is using Pastor Alamo to write these soul inspiring messages, and putting them out where people can get a hold of them."

"Please tell Pastor Alamo," she said, "I received the Lord into my heart after reading *The Oneness Of God.* I felt the Lord come right down and His presence was all around me as I said the sinners' prayer right there outside of the Circle K quick stop store in Memphis. I have been a believer for years, but when I read that piece of literature I knew that I hadn't confessed to God that I was a sinner and genuinely repented, and that I'd better do it right now, right here."

She is so thankful and so anxious to please the Lord. She asked for the *Messiah* book, and all of Pastor Alamo's literature. I told her of the necessity of receiving the Baptism of the Holy Spirit, and she is going to seek for it right away.

This lady has two daughters, and when I asked her if she would like to share these powerful messages with others so that other souls can get saved like she did, by reading them and repenting of their sins, she quickly replied that she and her daughters would distribute as many as we could send her. She will be distributing our literature daily, and will keep in contact with us so that we can supply her with more as soon as she needs it. She is praying fervently for Pastor Alamo's immediate release from prison. She said she believes that these prayers will be answered.

———————

A man in Los Angeles received *God's Mystery Finished*. He read it several times and God, through the message in this literature, convicted him strongly of the sin he was living in. An accident that he had been in prior to his receiving the literature, left him with a badly broken leg. The doctors told him he would be an invalid for a long time and there was doubt if he'd ever be able to have normal use of his leg again. He knew the Lord had allowed this to happen to him. As he read *God's Mystery Finished* it all clicked. It started making perfect sense. He cried out to the Lord with all of his heart and asked Him to wash away the filthy sins he had been in bondage to.

He knew he had to remove himself from his present surroundings. He said he wanted to have strong Christian fellowship and live around people that were living "clean and dedicated lives" instead of continuing to be in the midst of corruption and temptation. He was invited to move into the church, and that is what he is doing. Thank God, through the message in Pastor Alamo's literature, he, along with many thousands of others, has been rescued from his life of darkness and desperation that was leading him right to Hell. Now God has given him the opportunity to serve Him daily, living with Christians whose goals are the same as his, not only to make it to the Kingdom of Heaven themselves, but also to tell everyone that they can reach so that they can go to Heaven too.

———————

A woman who is in prison in New Jersey called the witnessing line today. Gloria, a young Christian who was witnessed to by someone from our ministry, gave her the *Looking Glass*. After reading the literature, she prayed and asked the Lord Jesus Christ to wash away all of her sins in His precious blood. She believed the message contained in the *Looking Glass*, and didn't want to burn in Hell for eternity. She knew she couldn't turn her life around and start over on her own, but she read how God could do it. She is so thankful that someone gave her that literature, because it changed her whole life. She knows that she is different.

She wants all of Pastor Alamo's literature, including the "Messiah" book. She wants Pastor Alamo's messages on cassette and a King James Bible so she can keep on the right track. We are sending them right away, free of charge, and the sisters that live in New Jersey will be able to keep in touch with her.

She is seeking for the Baptism of the Holy Spirit, and is praying for Pastor Alamo's soon release. She is asking for prayer.

———————————

A man who just arrived in Los Angeles from Ireland found the *Safest Place In the World* on his car at the airport. "This literature really rattled me," he said. "I've been running from the Lord for a long time but this *Safest Place In the World* stopped me in my tracks. It brought me to my knees." The man cried out to God because for the first time in his life he realized that God is to be feared and that if he didn't repent of the things he was doing, Hell was going to be his eternal reward.

While he was in Ireland he could sense the powers of darkness very strong and knew Satan was really closing in on him for the kill.

"Thank God for the message. Send me everything Pastor Alamo has written. I want to study them! I need them! I will pass them on!"

———————————

A lady from Memphis, Tennessee who is an invalid, spoke with a sister on our twenty-four hour witnessing line. She was feeling very blue and sorry for herself, lonely and forsaken. She told the sister that she looks forward to receiving the literature, that the messages are so powerful.

The sister exhorted her about asking the Lord to heal her, and then she read Pastor Alamo's literature entitled, *Be Healed* to her. Her whole attitude and voice changed. She asked the sister to pray with her, and as they were praying they said that old fashioned sinner's prayer. She said the prayer with all of her heart unto the Lord, and she made some very solemn vows to God, claiming her healing in return.

When she was talking to the Lord she started praising Him and thanking Him. "Oh," she said, "I've just had a visit from the Lord. Thank You Jesus!" The sister asked her if she felt different, and she answered "I certainly do!" It was very obvious.

———————————

A woman, very excitedly, called the witnessing line today, telling me of her experience when she had gone for a walk in Brooklyn, New York where she lives.

She said she was passing a park that was bordered by very large bushes, and she had heard such horrible stories of people being attacked in that area that her heart started pounding, and she became afraid and very nervous. Now being a believer in God and His Son Jesus Christ, and being washed in His blood, she began praying as she walked faster.

Suddenly she glanced down and on the ground was a pamphlet with big black letters, *Terrified At Nothing*. She quickly picked it up and kept walking and praying as she went on.

She read the pamphlet eagerly because those words in the title were so timely. "Could it be? Yes, the Lord showed me this pamphlet lying on the ground." She read it through three times.

"I want Pastor Alamo to know that this literature made a difference in my life. I have a whole new outlook and attitude on everything. What an uplift and encouragement and determination it has given me. Thank God!"

———————————

A Jewish lady called from New York. She had read *To Receive Everything* and was very excited. She said, "It was so good. I am anxious to get the *Messiah* book offered on the back page of this literature."

She went on to ask me all about this "Tony Alamo", the Italian that wrote the wonderful article *To Receive Everything*. I told her Pastor Alamo's testimony of how he is a Jew and his given name is Bernie LaZar Hoffman, but he took the professional name Tony Alamo back in the 50's when Italians were making it big in the music and film industry.

I told her how successful Tony was in promoting famous people like Pete Best of the Beatles and Sonny and Cher and many more. I told her what God had done to Tony in an office in Beverly Hills to let Tony know that He exists and He is real, how He made Tony stand up in front of everyone in that room and tell them that Jesus Christ is the Son of God and is coming back to this earth very soon, and to repent of their sins. If he didn't, God threatened to kill him and send his soul to Hell.

As I was telling her all of this she was amazed and extremely interested. She asked me questions and I answered them and continued to tell her about Tony's late wife Susan and some of her experiences with the Lord in her testimony. I told her how our ministry started, and how the Lord guided Tony and Susan.

This Jewish lady was so happy to hear all of these things, she started repeating everything I was saying to her husband.

She wanted to know why Pastor Alamo was in prison and when I told her of the false trumped up charges, she knew he was being persecuted for righteousness sake, and her husband agreed.

She is sending one hundred *Messiah* books to one hundred of her friends and relatives with Tony's testimony and the message *The Oneness of God* tucked into each book.

She was thrilled that Pastor Alamo is writing the messages (that are right from God Himself) and that we are able to get them out to more than two hundred countries including the USA.

———————————

A man who had received the literature, *To Receive Everything* on his car windshield called Saturday while staying at a local motel in Ft. Smith, Arkansas.

After reading the message of salvation, he cried out to the Lord with all of his heart and said the old sinners prayer that followed the message he read. He said that he really felt the Lord and knew that he was saved. He broke down in

*...if he didn't repent of the things he was doing, Hell was going to be his eternal reward.*

*Our phone line is answered 24 hours a day.*

**3**

tears of relief and thanksgiving. He told me, "God had that literature there for me when I needed it most."

I told him all about the ministry and our pastor. He said he needs the strength of solid Christian leadership and fellowship. He lives in Little Rock, Arkansas, but comes to Ft. Smith once a month on business and he is going to come to services.

It was a joyful thing to hear this man. He is very thankful to the Lord and Pastor Tony Alamo.

―――――――――――

A lady, who received *To Avoid Deception* in the Los Angeles area called today very distressed because she cannot find a church that is preaching the Word of God in truth.

She said, "What has happened to preaching the fear of God and keeping His commandments and living a life of holiness?"

She had gotten into a heated argument with her minister because he believes in "eternal security."

This lady was so desperate for strong Christian fellowship and good sound pastoral leadership, that one year ago she almost committed suicide.

She said, "*To Avoid Deception* had the answers I was looking for, and God in His mercy had that message right there for me. This powerful message was sent right from God. This is the kind of Pastor I need. His messages are from God. I know because the answers that I had been so deeply praying for were there in the message." Thank God for Pastor Alamo, for his boldness and dedication.

*many times one tract is passed from one person to another, and touches the lives of countless people.*

## FROM AROUND THE WORLD

*As cold waters to a thirsty soul, so is good news from a far country. Proverbs 25:25*

### Literature Is Very Helpful

Dear Pastor,

Greetings in Jesus' wonderful name. Thank you for your constant contribution of your literature. May our God mightily bless your ministry.

Your literature is very helpful and proves to be an invaluable aid in reaching the people in many settlements here in Zambia. In these settlements are poor people from the same cultural origin, and once we break through with the Word of God and one or two key people get saved, it is usually not long before many people in the settlement are saved. The most pressing need in these situations has been the follow-up of these people and to lead them in Bible studies to ground them in the Word of God. Your literature is excellent for this purpose, and many times one piece of literature is passed from one person to another, and touches the lives of countless people.

Your literature is also very helpful for outreach and teaching in many churches that have been raised up around this nation. Please send me more Christian books, tapes, and literature, as the people here are in need of your literature. We would like to thank all those who help enable you to do this distribution.

I have enclosed your literature entitled, *Unveiled*, which I have translated into Bemba, which is the language spoken in Luanshya. I have also enclosed my photo with my wife. I will send you a group photo in my next letter. Please send me more tapes and literature to translate into my language. May the Almighty guide you through His Spirit continually.

Yours together in His harvest,

Pastor A.M.        Luanshya, Zambia, Africa

### From The Holy Land

Dear Pastor Tony Alamo,

I have read a copy of your book, *Messiah According to Bible Prophecy*, and I am very impressed. Many of my parishioners have expressed a need for such material. Could you please send me two copies of this book, for which I enclose $20.00.

I am an orthodox priest-monk with the New York based Russian Orthodox Church outside of Russia, living in the Holy Land, and serving at one of our monasteries.

I would be interested to know more about yourself and about your church.

With love in Christ,

Hieromonk John        Jerusalem, Israel

### Speechless In Clarksville

Dear Tony Alamo,

I'm writing this letter to you because I read the piece you did on the *Oneness of God (the Shema)*. I was left without words. I have no idea where it came from or how it came to be in my home. I found it cleaning my sofa out, and put it to the side, then sat down to rest and think about all the things going on in my life right now and to give thanks to God. I got up and walked into the kitchen and was looking for your literature like I had to find it. I had to read what it said, it was pulling me to read it.

I picked it up and came back into the living room and sat down and began to read it. What a feeling came over me to read all the things I have been trying to explain to others and my family, but could never quite explain what I understood about God being one. I really love this literature, and I thank whoever left it here.

Tony, please send me more literature. I'm sorry this letter is so poorly written, I'm just so excited, and I hope you can understand what your literature has meant to me. Please send more. I do believe that Jesus died on the cross and shed His precious blood for the forgiveness of all my sins. Thank you very much, and may the Lord God bless you.

Keep spreading the Word of God.

K.G.        Clarksville, Tennessee

―――――――――――

Pastor Alamo has written many pieces of literature. We have a twenty-four hour telephone line. To receive publications absolutely free from Pastor Alamo, write or call for copies or counsel. Ask for a free copy of Pastor Alamo's booklet entitled *Messiah*. It tells of the 333 prophecies of Messiah in the Old Testament.

Pastor Alamo's many messages are also available on tape.

Those of you that are in foreign countries, we encourage you to translate this literature into your native language.



*Pastor A.M. and his wife from Zambia, Africa*

**Holy Alamo Christian Church, P.O. Box 398, Alma, Arkansas 72921**
**(479) 782-7370 or FAX to (479) 782-7406  Internet website: www.alamoministries.com**