No Mini-Vanilli Christians Please by John Palasz

### 1997

Broken to Pieces

Regeneration

Crossing the Bridge

The Bottomless Pit

Controlled By the Holy Spirit

Fire in Prison

To Receive Everything

Terrified at Nothing

Judgment for Judges

To Avoid Deception

God's Mystery Finished

Checking it out with the Scriptures in Long Island by Tommy Richards

### 1996

God's Two Witnesses

Framed

Safest Place In The World

True Believers Sabbath

The Oneness of God

Heavyweights

Wealthy

Armored

Raising the Roof

Hope for the Hopeless

The Fighters