IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

HARRISONBURG DIVISION

| | |
|---|---|
| THOMAS RICHARDS<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT KIRKMAN,<br>SKYBOUND ENTERTAINMENT, INC.,<br>(a Delaware corporation; )<br>IMAGE COMICS, INC.,<br>(a California corporation; );<br>SCOPELY, INC., (a Delaware corporation;<br>TELLTALE GAMES/LCG ENTERTAINMENT<br>*Defendants* | Case No. 5:25-cv-00089- JHY - JCH<br><br>Hon. Jasmine H. Yoon<br><br><br><br>Lisa Weingarten Richards, Esq.<br>VSB #96671<br>LWR Law Offices<br>3060 Williams Dr<br>Ste 300 #510<br>Fairfax, VA 22031<br>*Tel.:* (202) 981-2059<br>lwr@lwrlawoffices.com<br>*Counsel for plaintiff* |

**PLAINTIFF'S MOTION FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Plaintiff respectfully requests that the Court take judicial notice of the following publicly available documents, attached as Exhibits C, D, and E to Plaintiff's Opposition to Defendant Image Comics' Motion to Dismiss:

**1. Exhibit A: Image Comics Press Release (September 22, 2023)**

Available at: https://imagecomics.com/press-releases/the-walking-deads-20th-anniversary-box-sets-early-photos-revealed

This is a press release published on Image Comics' official website announcing "The Walking Dead 20th Anniversary Box Sets" and identifying "Image Comics/Skybound Entertainment" as joint publishers.

**2. Exhibit B: Screenshot of National News Coverage (November 2025)**

This screenshot demonstrates that Tony and Susan Alamo remain sufficiently newsworthy to generate national media headline coverage as recently as November 2025. This appeared briefly, syndicated on MSM approximately November 4, 2025.

**3. Exhibit C: Tony Alamo Christian Ministries World Newsletter (October 1997)**

Available at: https://www.alamoministries.com/Newsletters/Oct-97.pdf

This document is a newsletter published by Tony Alamo Christian Ministries in October 1997, featuring Plaintiff Thomas Richards' testimony on the front cover with his photograph and full name "Tommy Richards, Long Island, NY."

**4. Exhibit D: Screenshot Showing October 1997 Newsletter Remains Online**

This screenshot demonstrates that the October 1997 newsletter remains publicly accessible on the Tony Alamo Ministries website as of November 2025.

**5. Exhibit E: Baylor University Digital Collections Archive Page**

Available at: https://digitalcollections-baylor.quartexcollections.com/Documents/Detail/alamo-christian-ministries-world-newsletter/810181

This is the archival page from Baylor University's Digital Collections showing the permanent preservation of the October 1997 Tony Alamo newsletter in an academic research database.

**LEGAL BASIS**

Federal Rule of Evidence 201(b) provides that a court may judicially notice a fact that is "not subject to reasonable dispute" because it: "(1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

Courts may consider documents attached to a motion to dismiss "so long as they are integral to the complaint and authentic," *Philips v. Pitt Cnty. Mem'l Hosp.*, 572 F.3d 176, 180 (4th Cir. 2009), and "may properly take judicial notice of matters of public record," id. See also *Hall v. Virginia*, 385 F.3d 421, 424 (4th Cir. 2004) (proper to consider "publicly available" information from official government website during Rule 12(b)(6) review).

Here, the five exhibits are proper subjects of judicial notice for the following reasons:

**First, they are publicly available documents.** The October 1997 newsletter has been continuously published on the Tony Alamo Ministries official website (alamoministries.com) since at least the early 2000s and remains accessible today. The authenticity of documents published on an entity's official website is not subject to reasonable dispute. See *Anand v. Ocwen Loan Servicing, LLC*, 754 F.3d 195, 198 (4th Cir. 2014).

**Second, they are archived by a major research institution.** Baylor University has permanently archived the October 1997 newsletter in its Digital Collections, an academic research database. The inclusion of this newsletter in a university's permanent collection confirms both its authenticity and historical significance.

**Third, their accuracy cannot reasonably be questioned.** Image Comics cannot credibly dispute that: (a) Tony Alamo Ministries published a newsletter in October 1997; (b) that newsletter featured someone named "Tommy Richards from Long Island"; (c) that newsletter remains online today; or (d) Baylor University has archived it. These are objective, verifiable facts from sources whose accuracy cannot reasonably be questioned.

**Fourth, they are relevant to Defendant Image Comics' motion.** Image argues that the connection between Plaintiff Thomas Richards and Tony Alamo is "implausible" and a "Jenga Tower of speculations" lacking factual support. See Def. Image Comics' Mem. Supp. Mot. Dismiss at 2-5, 15, ECF No. 40. The October 1997 newsletter directly refutes this argument by demonstrating that Plaintiff was prominently and publicly associated with Tony Alamo - featured on the front cover by name and photograph - through an internationally distributed publication that remains discoverable online decades later.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court take judicial notice of Exhibits A, B, C, D, and E pursuant to Federal Rule of Evidence 201.

DATED: November 17, 2025

Respectfully Submitted,

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards

LWR Law Offices
3060 Williams Dr, Ste 300 #510
Fairfax, VA 22031
Tel.: (202) 981-2059
lwr@lwrlawoffices.com
VSB #96671
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2025, a true and correct copy of the foregoing document was served upon all parties of record via the Court's ECF system.

/s/ Lisa Weingarten Richards
Lisa Weingarten Richards